SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6816
Facsimile: (415) 436-6748
email:     stephanie.hinds@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-6353 BZ |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| $75,511 IN UNITED STATES CURRENCY, | |
| Defendant. | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

1. Complaint for Forfeiture;

2. Warrant of Arrest of Property In Rem;

3. Public Notice of Forfeiture Action;

4. Standing Order;

5. Notice of Assignment to Magistrate Judge;

6. United States District Court Information Sheet;

CERTIFICATE OF SERVICE
C 07-6353 BZ                                                                                   1        *1*

1  7.  ECF Registration Information Handout; and

2  8.  Booklet entitled "Dispute Resolution Procedures in the Northern District of California

to be served on December 18, 2007 by certified mail delivery upon the persons below at the place

and address which is the last known address:

Manuel Cabrera
c/o Philip A. Schnayerson, Esq.
Garcia & Schnayerson
225 W. Winton Avenue, Suite 204
Hayward, CA 94544

Rosa Villalon Garnica
c/o Philip A. Schnayerson, Esq.
Garcia & Schnayerson
225 W. Winton Avenue, Suite 204
Hayward, CA 94544

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th day of December, 2007 at San Francisco, California.

_____/S/_____
ALICIA CHIN
Paralegal/AFU

CERTIFICATE OF SERVICE
C 07-6353 BZ                                                                                                2       *2*