1  GARCIA, SCHNAYERSON & THOMPSON    FILED
   ATTORNEYS AT LAW
2  225 W. Winton Ave., Suite 208             JAN -8 PM 3 55
3  Hayward, California 94544
   Telephone: (510) 887-7445            U.S. DISTRICT COURT
4  Counsel for
5  MANUEL CABRERRA

6              UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        )
9                                   )     Case no. CV 07-6353 BZ
                                    )
10             Plaintiff,           )
                                    )
11  vs.                             )
                                    )     ANSWER TO COMPLAINT
12                                  )     FOR FORFEITURE
    1. $75,511 IN UNITED STATES     )
13  CURRENCY                        )
                                    )
14                                  )
                                    )
15             Defendant.           )
                                    )
16  _____    )
    MANUEL CABRERRA,                )
17                                  )
               Claimant.            )
18                                  )
    _____    )
19
              ANSWER TO COMPLAINT FOR FORFEITURE
20
21       Comes now Claimant and respectfully alleges:

22                          I

23       Claimant denies the allegation set forth in Paragraph 1.

24                          II

25       Claimant admits the allegation set forth in Paragraph 2.

26
27                          1
28

III

Claimant admits the allegation set forth in Paragraph 3, insofar as it asserts that defendant property was seized by law enforcement officials and that the United States of America is the Plaintiff. Claimant denies any implied allegation that the property is subject to forfeiture.

IV

Claimant denies  the allegations set forth in Paragraph 4.

V

Claimant denies the allegation set forth in Paragraph 5.

VI

Claimant denies the allegations set forth in Paragraph 6.

VII

Claimant denies the allegations set forth in Paragraph 7.

VIII

Claimant denies the allegations set forth in Paragraph 8.

IX.

Claimant denies the allegations set forth in Paragraph 9.

X.

Claimant denies the allegations set forth in Paragraph 10.

XI.

Claimant denies the allegations set forth in Paragraph 11.

XII.

Claimant denies the allegations set forth in Paragraph 12.

XIII.

Claimant denies the allegations set forth in Paragraph 13.

XIV.

Claimant denies the allegations set forth in Paragraph 14.

XV.

Claimant denies the allegations set forth in Paragraph 15.

XVI.

Claimant denies the allegations set forth in Paragraph 16.

XVII.

Claimant denies the allegations set forth in Paragraph 17.

XVIII

Claimant admits the statement of law set forth in Paragraph 18, but denies its applicability to defendant property.

XIX

Claimant denies the allegations set forth in paragraph 19.

XX

By way of defense  Claimant respectfully alleges:

That defendant  property is not subject to forfeiture and was does not represent moneys furnished or intended to be furnished to another person in exchange for a controlled substance, constituting proceeds from such an exchange, and was used or intended to be used to facilitate an offence in violation of Title 21, Unites States Code section 841(a) or any other section of the United States Code.

Plaintiff's possession and control of respondent property was accomplished in violation of the laws of the United States and the State of California.

WHEREFORE, Defendant respectfully prays that the above named property not be forfeited to the United States of America;

That the defendant property be returned to the Claimant forthwith;

That the Court award Claimant reasonable costs and attorney fees;

That the Court grant such other and further relief that the court may deem just and proper.

Dated: 1 - 7 - 08

Respectfully submitted,

_____ for
JESSE J. GARCIA
Attorney for Claimant
MANUEL CABRERRA

4

1  GARCIA, SCHNAYERSON & THOMPSON
   ATTORNEYS AT LAW
2  225 West Winton Avenue, Suite 208
3  Hayward, California 94544
   Telephone: (510) 887-7445
4

5              UNITED STATES DISTRICT COURT

6           NORTHERN DISTRICT OF CALIFORNIA

7  UNITED STATES OF AMERICA,          )
8                                      )   CV 07-6353 BZ
                Plaintiff,             )
9                                      )
10 vs.                                 )
                                       )
11 1. $75,511 IN UNITED STATES        )   CERTIFICATE OF SERVICE
12 CURRENCY                            )
                                       )
13                                     )
                                       )
14              Defendants.            )
                                       )
15 MANUEL CABRERRA,                    )
                                       )
16              Claimant.              )
17 _____    )

18         The undersigned hereby certifies that a copy of the
19
20 foregoing:
                ANSWER TO COMPLAINT
21
   was hand delivered on January 8, 2008, to the attorney for the plaintiff as
22
23 follows:
           Stephanie Hinds, Assistant United States Attorney
24         450 Golden Gate Ave
           San Francisco, Ca. 94102
25
26 Dated: 1|8|07
27
                              ALEXIS THOMPSON
28

                             5