1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6816
7  Facsimile: (415) 436-6748
   email:   stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           )  No.  C 07-6353 BZ
                                          )
14 |             Plaintiff,               )
                                          )
15 |      v.                              )  **PROOF OF PUBLICATION**
                                          )
16 |                                      )
   | $75,511 IN UNITED STATES CURRENCY,   )
17 |                                      )
                                          )
18 |             Defendant.               )
   |_____)
19

20      The United States hereby submits the attached Proof of Publication by San Francisco
21 Daily Journal.
22

23                                          Respectfully submitted,

24                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
25

26 Dated: February 15, 2008
                                            STEPHANIE M. HINDS
27                                          Assistant United States Attorney

28

**SAN FRANCISCO DAILY JOURNAL**
~ SINCE 1893 ~

44 MONTGOMERY ST STE 250, SAN FRANCISCO, CA 94104
Telephone (800) 640-4829 / Fax (510) 465-1657

This space for filing stamp only

ANDREA HOWARD
U.S. MARSHALS SERVICES/ASSETS &
450 GOLDEN GATE AVE BOX 36056
SAN FRANCISCO, CA - 94102

SF#: 1271125

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

No CV 07-6353 BZ

**NOTICE OF FORFEITURE ACTION**

UNITED STATES OF AMERICA, Plaintiff,
v.
$75,511 IN UNITED STATES CURRENCY, Defendant

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California )
County of SAN FRANCISCO ) ss

Notice Type:   GPN - GOVT PUBLIC NOTICE

Ad Description: CV07-6353 BZ/USA V. $75,511 IN UNTITED STATES CURRENCY

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SAN FRANCISCO DAILY JOURNAL, a newspaper published in the English language in the city of SAN FRANCISCO, county of SAN FRANCISCO, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN FRANCISCO, State of California, under date 06/28/1990, Case Nos. 670493 and 18,469. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

01/28/2008

Executed on: 01/28/2008
At SAN FRANCISCO, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.


Signature

A civil complaint seeking forfeiture pursuant to Title 21, United States Code, Section 881(a)(6) was filed on December 14, 2007, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the *inrem* defendant funds.
In order to contest forfeiture of the *in rem* defendant funds, any person who asserts an interest in or right against the funds must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.
Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.
Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Stephanie M Hinds, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney

Dated: 12/14/07

/S/ STEPHANIE M. HINDS
Assistant United States Attorney

1/28/08

SF-1271125#

RECEIVED UNITED STATES MARSHAL
08 JAN 31 AM 11:53
NORTHERN DISTRICT OF CALIFORNIA