# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

February 21, 2008

To:   Stephanie M. Hinds
      Brian Joseph Stretch
      Assistant United States Attorney
      450 Golden Gate Avenue
      Box 36055
      San Francisco, CA 94102

      Jesse Joseph Garcia, Esq.
      Garcia Schnayerson & Thompson
      Attorneys at Law
      225 W. Winton Avenue, Suite 208
      Hayward, CA 94544

      Re: USA v. $75,511.00 US Currency - C07-6353 BZ

Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for April 7, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within five days.

                                Sincerely,

                                Richard W. Wieking, Clerk
                                United States District Court

                                _____/s/ Lashanda Scott_____
                                By:   Lashanda Scott
                                      Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd