IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**USA,**

        Plaintiff(s),

  v.

**$75,511 in United States Currency,**

        Defendant(s),

No. C07-6353 BZ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Case Management Conference is reset to **Monday, A**p**ril 14, 2008** at **4:00 p.m.** before Magistrate Judge Bernard Zimmerman. A joint case management conference statement is due seven days prior to the conference. The previously set date of **April 7, 2008** at **4:00 p.m.** is hereby **VACATED**.

Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 12, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Lashanda Scott*
    Lashanda Scott
    Courtroom Deputy