JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436- 7303
Facsimile: (415) 436-6748
Email: david.countryman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 07-6353 BZ |
| Plaintiff, | ) ) | |
| | ) | NOTICE OF SUBSTITUTION |
| v. | ) ) | OF COUNSEL |
| $75,511 IN UNITED STATES CURRENCY, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff, United States of America, hereby gives notice that Assistant United States Attorney David B. Countryman is substituting in as counsel of record in the above entitled case.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: April 7, 2008           /s/_____
                               DAVID B. COUNTRYMAN
                               Assistant United States Attorney

-1-