1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,    )
                                  )
12             Plaintiff(s),      )      No.  C07-6353 BZ
                                  )
13       v.                       )      **ORDER CONTINUING CASE**
                                  )      **MANAGEMENT CONFERENCE**
14   $75,511 IN UNITED STATES     )
     CURRENCY,                    )
15                                )
               Defendant(s).      )
16   _____)

17       **IT IS HEREBY ORDERED** that the case management conference

18   presently scheduled for April 14, 2008 at 4:00 p.m. is

19   **CONTINUED** to **Monday, May 12, 2008 at 4:00 p.m.**, in Courtroom

20   G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

21   Francisco, California 94102.

22       Counsel for claimants and plaintiff are **ORDERED** to meet

23   and confer to fulfill their Rule 26 of the Federal Rules of

24   Civil Procedure obligations.

25   Dated:  April 8, 2008

26                                  _____
                                         Bernard Zimmerman
                                    United States Magistrate Judge
27

28   G:\BZALL\-BZCASES\USA V. $75,511 IN US CURRENCY\ORDER CONTINUING CASE MANAGEMENT
     CONFERENCE.FINAL.wpd

                                      1