**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **04/14/2008**

**C07-6353 BZ**

**USA v. $75,511 in United States Currency**

Attorneys: Pltf: Not Present
            Def: Austin Thompson

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**     Reporter: **Digital Recording; 4:33-4:41**

**PROCEEDINGS:**                                  **RULING:**

1. Status Conference                              Matter Held
2. _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Mr. Thompson stated that he was informed by the U.S. Attorney's Office that a hearing was scheduled on today's calendar. The court issued an Order on April 8, 2008 resetting the case management conference to May 12, 2008 at 4:00 p.m.  Counsel can prepare a stipulation and proposed order continuing the conference to June or July 2008, if necessary.  Counsel are to meet and confer prior to the next conference.

( XX ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court  XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ____ days
                        Type of Trial:  ( )Jury    ( )Court
Notes: _____