GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue, Suite 208
Hayward, California  94544
Telephone:  (510) 887-7445

AUSTIN M. THOMPSON [SBN 229924]
Counsel for Claimant
MANUEL CABRERA-GUTIERREZ
AND MARIA ROSA VILLALON-GARNICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Case No. CV-07-6353

    Plaintiff,

vs.

SEVENTY FIVE THOUSAND FIVE HUNDRED ELEVEN
DOLLARS AND 00/100
($75,511.00) in UNITED STATES
CURRENCY,

        **VERIFIED CLAIM**

    Defendant,

MANUEL CABRERA-GUTIERREZ
AND MARIA ROSA VILLALON-GARNICA

        Claimant .           /

        Pursuant to Rule C(6), supplemental Rules for Certain Admiralty and

Maritime Claims, Claimant Manuel Cabrera-Gutierrez and Maria Rosa Villalon-

1

Garnica demands return of the defendant's property. Claimants are the legal and rightful owner of the defendant property.

Attorney Austin M. Thompson, is duly authorized to make this Verified Claim on behalf of Claimant, Manuel Cabrera-Gutierrez and Maria Rosa Villalon-Garnica.

Dated: June 23, 2008                Respectfully submitted,
                                    GARCIA, SCHNAYERSON

                                     /s/ Austin M. Thompson
                                    AUSTIN M. THOMPSON
                                    Counsel for Claimant
                                    MANUEL CABRERA-GUTIERREZ
                                    MARIA ROSA VILLALON-GARNICA

## VERIFICATION

I am the claimant in the above-entitled action. I have read the foregoing VERIFIED CLAIM and know the contents thereof; I certify that the same is true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed June 23, 2008, at Hayward, California.

 /s/ Manuel Cabrera-Gutierrez             /s/ Maria Rosa Villalon-Garnica
    Manuel Cabrera-Gutierrez                 Maria Rosa Villalon-Garnica