GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue, Suite 208
Hayward, California 94544
Telephone: (510) 887-7445

JESSE J. GARCIA [SBN 061223]
Counsel for Claimant
MANUEL CABRERA-GUTIERREZ
AND MARIA ROSA VILLALON-GARNICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

SEVENTY FIVE THOUSAND FIVE HUNDRED ELEVEN
DOLLARS AND 00/100
($75,511.00) in UNITED STATES
CURRENCY,

                Defendant,

MANUEL CABRERA-GUTIERREZ
AND MARIA ROSA VILLALON-GARNICA

                Claimant .                              /

Case No. CV-07-6353

**VERIFIED CLAIM**

        Pursuant to Rule C(6), supplemental Rules for Certain Admiralty and

Maritime Claims, Claimant Manuel Cabrera-Gutierrez and Maria Rosa Villalon-

1

Garnica demands return of the defendant's property.  Claimants are the legal and rightful owner of the defendant property.

Attorney Jesse J. Garcia, is duly authorized to make this Verified Claim on behalf of Claimant, Manuel Cabrera-Gutierrez and Maria Rosa Villalon-Garnica.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) with in this efiled document.

Dated: June 23, 2008        Respectfully submitted,
                            GARCIA, SCHNAYERSON

                             /s/ Jesse J. Garcia
                            JESSE J. GARCIA
                            Counsel for Claimant
                            MANUEL CABRERA-GUTIERREZ
                            MARIA ROSA VILLALON-GARNICA

## VERIFICATION

I am the claimant in the above-entitled action.  I have read the foregoing VERIFIED CLAIM and know the contents thereof; I certify that the same is true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed June 23, 2008, at Hayward, California.

 /s/ Manuel Cabrera-Gutierrez         /s/ Maria Rosa Villalon-Garnica
    Manuel Cabrera-Gutierrez             Maria Rosa Villalon-Garnica