GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 W. Winton Ave., Suite 208
Hayward, California 94544
Telephone: (510) 887-7445
Counsel for
MANUEL CABRERRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>1. $75,511 IN UNITED STATES )<br>CURRENCY )<br>)<br>)<br>)<br>    Defendant. )<br>_____)<br>MANUEL CABRERRA, )<br>)<br>    Claimant. )<br>_____) | Case no. CV 07-6353 BZ<br><br>CLAIMANT'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES |

Interrogatory I Answer

My interest in defendant $75,551 was acquired through the sale of automobiles. (See Exhibit 1)

1

## Interrogatory II Answer

(It is presumed that Interrogatory 2 at page 5, line 25-26 should read "...every person who has knowledge of the facts stated in response to Interrogatory No. *1*".) I am the only person who would have knowledge of the entirety of the acquisition of the defendant $75,551. However, many people can attest to my business of buying and selling automobiles. Such people include my wife, my business associates, and clientele. (See names listed in Exhibit 1)

## Interrogatory III Answer

I am self-employed as an independent automobile salesperson. I have had no employers since January 1, 2002.

## Interrogatory IV Answer

I have no official job title. I buy automobiles, usually from auction. On some automobiles I make repairs or have repairs done on the automobiles by other people. Then, I resell the automobiles to private persons. (See Exhibits 1 and 2)

## Interrogatory V Answer

Many records of the dates of transactions in my business are missing or lost. In addition, answering Interrogatory No. 5 demands a retracing of a multitude of transactions, each for different amounts, with different buyers, and at nonscheduled times. Such a request is overly burdensome. However, I have made efforts to

collect the paper work that I have on a number of automobiles which I have sold. (See Exhibits 1 and 2)

### Interrogatory VI Answer

See Interrogatory V Answer.

### Interrogatory VII Answer

See Interrogatory II Answer.

### Interrogatory VIII Answer

See Interrogatory V Answer.

### Interrogatory IX Answer

See Interrogatories V and VIII Answers.

### Interrogatory X Answer

See Interrogatory V Answer.

### Interrogatory XI Answer

See Interrogatory I Answer.

### Interrogatory XII Answer

Interest in Defendant $75,551 includes proceeds from the sale of real property. The property sold is in Mexico. The land which was sold is documented in Exhibit 3.

Interrogatory XIII Answer.

See Interrogatory XII Answer.

Interrogatory XIV Answer.

I do not have a bank account.

XV.

See Interrogatory XIV Answer.

XVI.

I have not been a party or witness in any other court action other than the current one captioned above.

The Government's First Set of Interrogatories have been translated into Spanish for me by my attorney Austin M. Thompson and his staff. I have provided the answers above in Spanish and they have been translated into English. I hereby swear that the answers given above are truthful.

Dated: 8/26/08

Respectfully submitted,

*Manuel Cabrera*
Claimant
MANUEL CABRERRA

4