# EXHIBIT 1

| A. BUYER'S TRUE FULL NAME (LAST) | (FIRST) | (MIDDLE) | B. IF DEALER, CHECK BEL[OW] |
|---|---|---|---|
| GALLEGOS | SIDRO | | |

| C. BUYER'S ADDRESS | | D. ODOMETER READING |
|---|---|---|
| 5863 SOUTH FRONT RD | | 149,030 |

| E. CITY | STATE | ZIP CODE | F. DATE OF SALE |
|---|---|---|---|
| LIVERMORE | CA | 94550- | MO 09 / DAY 10 / YR 01 |

| G. SELLER'S TRUE FULL NAME (LAST) | (FIRST) | (MIDDLE) |
|---|---|---|
| CABRERA | MANUEL | |

| H. SELLER'S ADDRESS | | I. SELLING PRICE |
|---|---|---|
| 1440 MOWRY AV #122 | | 1800 00 |

| J. CITY | STATE | ZIP CODE | K. SELLER'S SIGNATURE |
|---|---|---|---|
| FREMONT | CA | 94538- | X [signature] |

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1MEPM6049NH622662 | 1992 | MERC | 3XZR449 |

REG. 138A (REV. 11/97) — DO NOT DETACH UNTIL SOLD

## STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

518000522A7

AUTOMOBILE

*** SALVAGED ***

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1MEPM6049NH622662 | 1992 | MERC | 3XZR449 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| 2D | | | G | 02/27/00 | $189 | 10/14/2000 |

| YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 1992 | AM | 2000 | FT | | 06/01/00 |

MOTORCYCLE ENGINE NUMBER

| ODOMETER DATE | ODOMETER READING |
|---|---|
| 02/27/2000 | 81450 MI |
| | ACTUAL MILEAGE |

REGISTERED OWNER(S)
CABRERA MANUEL
1440 MOWRY AVE APT 122
FREMONT CA 94538

I certify under penalty of perjury under the laws of the State of California, that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. 09-10-01   X Manuel Cabrera
    DATE         SIGNATURE OF REGISTERED OWNER

1b. _____  X _____
    DATE       SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |_|_|_|,|_|_|_| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING  ☐ Odometer reading is **not** the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF AGENT SIGNING FOR A COMPANY | |

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
   Signature releases interest in vehicle. (Company names must be countersigned)
   Release Date _____

013545

CA47514524
REG. 17.30 (REV. 2/98)

**KEEP IN A SAFE PLACE — VOID IF ALTERED**

## NOTICE OF RELEASE OF LIABILITY
*MAIL THIS FORM TO DMV*

- A. BUYER(S) TRUE FULL NAME (LAST): TORRES (FIRST): JOSE CARLOS (MIDDLE):
- C. BUYER'S ADDRESS: 412 CHESATEAKE AV
- D. ODOMETER READING: 84,384
- E. CITY: FOSTER CITY  STATE: CA  ZIP CODE: 94404
- F. DATE OF SALE: 06 10 2002
- G. SELLER'S TRUE FULL NAME (LAST): CABRERA (FIRST): MANUEL
- H. SELLER'S ADDRESS: 1440 MOWRY AV APT. 119
- I. SELLING PRICE: 1200 WHOLE DOLLARS
- J. CITY: FREMONT  STATE: CA  ZIP CODE: 94538
- O. PLATE/CF NUMBER: YTVV610

REG 138 (REV. 8/98)

Stamp: 625 JUN 19 2002 14 ; 516 MAY 3 2001

## AVISO DEL RELEVO DE RESPONSABILIDAD
*ENVIE ESTE FORMULARIO POR CORREO AL DMV*

- A. NOMBRE(S) (APELLIDO): Cano (PRIMER NOMBRE): Diego (INICIAL): H
- C. DIRECCION DEL COMPRADOR: 4250 Central Av Apt #32
- D. LECTURA DE ODOMETRO: 134,430
- E. CIUDAD: Fremont  ESTADO: CA  CODIGO POSTAL: 94536
- F. FECHA DE VENTA: 04 28 01
- G. NOMBRE DEL VENDEDOR (APELLIDO): Rivas Silvestre (PRIMER NOMBRE): Solorio
- H. DIRECCION DEL VENDEDOR: 1440 Mowry Av Apt #122
- I. PRECIO DE VENTA: 400
- J. CIUDAD: Fremont  ESTADO: CA  CODIGO POSTAL: 94538
- O. NUMERO PLACA/CF DEL BARCO: 4UAT569

REG 138 SPANISH (REV. 3/98)—ENGLISH (REV. 5/97)

## NOTICE OF RELEASE OF LIABILITY
*MAIL THIS FORM TO DMV*

(blank form)

VEHICLE ID NUMBER: 2G1WL52M5W9232700
YR MODEL MAKE: 1998 CHEV
PLATE NUMBER: 4UAT569



```
                REGISTRATION CARD VALID FROM: 05/10/2007 TO: 05/10/2008
MAKE      YR MODEL    YR 1ST SOLD    VLF CLASS    *YR      TYPE VEH    TYPE LIC    LICENSE NUMBER
TOYT      1996        1996           AF           2007     120         11          5XZE535
BODY TYPE MODEL       MP    MO                                         VEHICLE ID NUMBER
4D                    G     NS                                         4T1BF12B6TU095524
TYPE VEHICLE USE      DATE ISSUED    CC/ALCO      DT FEE RECVD  PIC    STICKER ISSUED
AUTOMOBILE            05/09/07       01           05/09/07      9      L6372754
                      PR/HIST: SALVAGED                                PR EXP DATE: 05/10/2007
REGISTERED OWNER                                                            AMOUNT PAID
CABRERA MANUEL                                                           $    57.00
38587 KIRK TER                       AMOUNT DUE        AMOUNT RECVD
                                  $      57.00       CASH :
                                                     CHCK :
FREMONT                                              CRDT :
CA         94536

LIENHOLDER


            H00   518 22 0005700 0126 CM   H00 050907 11   5XZE535 524
```



```
                REGISTRATION CARD VALID FROM: 08/16/2004 TO: 08/16/2005
MAKE      YR MODEL    YR 1ST SOLD    VLF CLASS    *YR      TYPE VEH    TYPE LIC    LICENSE NUMBER
TOYT      2000        1999           AD           2004     120         11          5KEY796
BODY TYPE MODEL       MP    MO                                         VEHICLE ID NUMBER
4D                    G     KX                                         1NXBR12E0YZ303213
TYPE VEHICLE USE      DATE ISSUED    CC/ALCO      DT FEE RECVD  PIC    USE TAX    STICKER ISSUED
AUTOMOBILE            10/27/04       01           10/27/04      3      44         A0678319
                      PR/HIST: SALVAGED                                PR EXP DATE: 08/16/2004
REGISTERED OWNER                                                            AMOUNT PAID
CABRERA MANUEL                                                           $   279.00
38587 KIRK TER                       AMOUNT DUE        AMOUNT RECVD
                                  $     279.00       CASH :
                                                     CHCK :
FREMONT                                              CRDT :
CA         94536

LIENHOLDER


            F00   518 38 0027900 0056 CM   F00 102704 11   5KEY796 213
```