# EXHIBIT 3

**CERTIFICACIÓN NOTARIAL:** En la ciudad de Uruapan, Michoacán, a las trece horas del día 12 doce de octubre de 2005 dos mil cinco, el suscrito, Licenciado **ALEJANDRO JAIME MORA LÓPEZ**, Notario Público Número 85 Ochenta y Cinco del Estado, con ejercicio y residencia en esta misma ciudad y Distrito Judicial de Uruapan, Michoacán, **CERTIFICO:** Que hoy comparecieron **ANTE MÍ** los señores **MANUEL TELLEZ CABRERA** y **SANDRA MORENO MAGAÑA**, personas de mi conocimiento y con capacidad legal para contratar y obligarse de lo cual doy fé, quienes manifiestan ser: El primero, nacido el 5 cinco de agosto de 1965 mil novecientos sesenta y cinco, soltero, albañil, originario y vecino de La Huacana, Michoacán, con domicilio en Privada de Degollado número 38 treinta y ocho, Colonia Emiliano Zapata y la segunda, nacida el 17 diecisiete de Junio de 1975 mil novecientos setenta y cinco, casada, comerciante, originaria de El Salitrillo, Municipio de La Huacana, Michoacán, vecina de esta ciudad de Uruapan, Carretera a Taretan Kilómetro 5.5, Colonia Ampliación San Rafael; ambos de nacionalidad mexicana y que se encuentran al corriente en el pago del impuesto sobre la renta, lo que manifestaron, bajo protesta sin acreditarlo. **Y DIJERON:** Que reconocen y ratifican el contenido del documento que antecede, reconociendo así como suyas las firmas que lo calzan por ser de su puño y letra y la que usan en todos sus negocios. **YO, EL NOTARIO,** leí a los comparecientes el contenido del referido documento, así como el de la presente certificación, advirtiéndoles de su valor y fuerza legal, como el derecho que tienen para leerlo por sí mismos, lo que hicieron, se manifestaron conformes, se ratificaron en sus dichos y firman conmigo y en mi Oficio Público, de todo lo cual **DOY FE.** - - - - -

Sandra Moreno . M .

ANTE MÍ:

MOLA-420710-1E9

14997

--- CONTRATO DE CESIÓN DE DERECHOS REALES Y MATERIALES DE POSESIÓN Y DOMINIO DE UN INMUEBLE, QUE CELEBRAN DE UNA PARTE EN CUANTO CEDENTE EL SEÑOR MANUEL TELLEZ CABRERA Y DE LA OTRA PARTE EN CUANTO CESIONARIA LA SEÑORA SANDRA MORENO MAGAÑA, DE CONFORMIDAD CON LAS SIGUIENTES CLÁUSULAS QUE SE INSERTARAN PREVIOS LOS SIGUIENTES ---

ANTECEDENTES:

--- ÚNICO: Declara el señor MANUEL TELLEZ CABRERA, que es propietario y se encuentra en posesión, en forma quieta, pública, pacífica, continúa y de buena fé respecto de la totalidad de los predios urbanos, que constituyen los lotes números 2 DOS y 3 TRES, de la Manzana 8 OCHO, de la SEGUNDA SECCIÓN, de la Colonia Popular Valle Dorado, de esta ciudad de Uruapan, Michoacán. con una extensión superficial de 136.00 M2. CIENTO TREINTA Y SEIS METROS CUADRADOS cada uno. ---
ADQUIRIÓ el cedente los inmuebles antes descrito, por cesión de derechos que hizo en su favor el señor LEOPOLDO SALINAS MÉNDEZ, según consta del contrato de cesión de derechos, de 18 dieciocho de octubre de 2000 dos mil, y ratificado en la misma fecha, ante la fé del Licenciado Alejandro Jaime Mora López, Notario Público Número 85 Ochenta y Cinco del Estado. ---

--- Expuesto lo anterior, los contratantes pactan las siguientes

CLÁUSULAS:

--- PRIMERA: El señor MANUEL TELLEZ CABRERA C E D E, y la señora SANDRA MORENO MAGAÑA acepta para sí los DERECHOS REALES Y MATERIALES de propiedad y dominio, con transferencia de posesión, respecto de la totalidad de los predios identificados en el antecedente único de este mismo contrato, cesión que acepta la mencionada cesionaria en las mismas condiciones. ---

--- SEGUNDA: La presente cesión de derechos del inmueble es a título gratuito. ---

--- TERCERA: Manifiesta el cedente que la posesión de los inmuebles materia del presente contrato se los entregará a la cesionaria a la firma del presente contrato, ofreciendo el cedente no reclamar para lo sucesivo derecho alguno respecto de los inmuebles materia del presente contrato. ---

--- CUARTA: Es punto convenido, que el cedente no se reserva acción alguna que pudiera ejercitar en contra de la cesionaria en lo futuro. ---

--- QUINTA: Refieren los contratantes que en la celebración del presente contrato no concurrió vicio alguno de la voluntad, pero para el supuesto de controversia futura, se someten al fuero de los Tribunales del lugar, renunciando a cualesquiera que pudieran corresponderles por razones de nuevos domicilios. ---

--- Las partes leimos el contenido del presente documento, nos enteramos de su valor y efectos legales y en señal de conformidad firmamos al calce para constancia. ---

--- Uruapan, Michoacán, a 12 doce de octubre de 2005 dos mil cinco. ---

CEDENTE:                                    CESIONARIA:

SR. MANUEL TELLEZ CABRERA.                  SRA. SANDRA MORENO MAGAÑA.

                                            Sandra Moreno M