# EXHIBIT 2



ALPHA AUTO BODY PARTS AND GLASS
640 ABBOTT ST
SALINAS, CA 93901

Telephone 831/755-8730

INVOICE #
9829

**invoice**

| OLD TO: | SHIP TO: |
|---|---|
| ANDRES ENRIQUEZ<br>20000 MONTEREY ROAD<br>MORGAN HILL, CA 95035<br>408/857-1557 | ANDRES ENRIQUEZ<br>20000 MONTEREY ROAD<br>MORGAN HILL, CA 95035<br>408/857-1557 |

| COUNT # | BUYER | P.O. # | SHIP VIA | COL | PPD | DATE SHIPPED | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| 10455 | EDW | Verbal | Delivered | | | 04/17/01 | C.O.D. | 04/17/01 | 1 |

| QTY ORDERED | ITEM # | DESCRIPTION | CHECKED BY | LIST PRICE | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | 1052 A4 | HOOD PANEL ASSY CIVIC 99-00 | * | 189.00 | 139.00 | 122.32 |
| 1 | 1056A C5 | RH FENDER * CIVIC 99-00 | | 98.00 | 79.00 | 69.52 |
| 1 | 1056B D6 | LH FENDER * CIVIC 99-00 | | 98.00 | 79.00 | 69.52 |
| 1 | 1068C B40 | GRILLE SDN * CIVIC 99-00 | | 59.80 | 46.80 | 41.18 |
| 1 | 1058F J7 | FRONT BUMPER COVER * CIVIC 99-00 | | 139.00 | 105.00 | 92.40 |
| 1 | 1057E I4 | FRONT BUMPER REINFORCEMENT * CIVIC 99-00 | | 89.00 | 72.95 | 64.20 |
| 1 | 1052H GL | LH HEADLAMP ASSY * CIVIC 99-00 | | 159.00 | 119.90 | 105.51 |
| 1 | 1052G GL | RH HEADLAMP ASSY * CIVIC 99-00 | | 159.00 | 119.90 | 105.51 |
| 1 | 1052J A4 | RADIATOR SUPPORT * CIVIC 99-00 | | 159.00 | 109.00 | 95.92 |
| 1 | PR223K A2 | RADIATOR * | | 169.00 | 129.00 | 113.52 |

V-977-301-0
D. Nu
6/25/01

DISCLAIMER OR WARRANTY

All our merchandise is warranted against defects in workmanship. There is no guarantee for faulty installation or if the parts are used for other than the originally intended application. We cannot be held responsible for labor charges or any other related cost either expressed or implied.

**ABOVE PARTS & SERVICES RECEIVED CORRECT & IN GOOD CONDITION** X _____
Signature

1. 1 1/2% interest per month will be applied to all overdue accounts.
2. A $15 service charge will be applied to each returned check.
3. All returns must be authorized by Alpha Distributors before any merchandise is returned.
4. Returns must be accompanied by original invoice.
5. Parts must be accompanied by original invoice.
6. No cash refund will be issued. We issue credit toward future purchases only.
7. A 20% restocking fee will be applied to all returned merchandise (except errors on our part).
8. All claims must be made within 48 hours of receipt date.
9. No return of altered or painted parts.

Time/Date

MasterCard   VISA
DISCOVER   AMERICAN EXPRESS

*Thank You*

| SALE AMOUNT | |
|---|---|
| MISC. CHARGES | |
| SALES TAX | |
| FREIGHT | |
| TOTAL | |



INVOICE #

#2625

invoice

Alpha Distributors
ABBOTT ST
SALINAS, CA 93906

Telephone 838/734-4100

**SOLD TO:**

**SHIP TO:**

JESUS

| ACCOUNT # | SALESMAN | P.O. # | SHIP VIA | COL | PPD | DATE SHIPPED | TERMS | INVOICE DATE | PA |
|-----------|----------|--------|----------|-----|-----|--------------|-------|--------------|-----|
| CASH | ARTH | | DEL | | | 09/08/01 | C.O.D. | 09/08/01 | 1 |

| QTY ORDERED | ITEM # | DESCRIPTION | CHECKED BY | LIST PRICE | UNIT PRICE | EXTENDED PRICE |
|-------------|--------|-------------|------------|------------|------------|----------------|
| 1 | 5018J GN3 | LT FRONT CORNER LAMP ASSYX CAMRY 87-91 | | 24.64 | 20.00 | 20.00 |

### DISCLAIMER OR WARRANTY

All our merchandise is warranted against defects in workmanship. There is no guarantee for faulty installation or if the parts are used for other than the originally intended application. We cannot be held responsible for labor charges or any other related cost either expressed or implied.

**ABOVE PARTS & SERVICES RECEIVED CORRECT & IN GOOD CONDITION**  X _Jesus Chavez_
Signature                Time/Date

1. 1 1/2% interest per month will be applied to all overdue accounts.
2. A $15 service charge will be applied to each returned check.
3. All returns must be authorized by Alpha Distributors before any merchandise is returned.
4. Returns must be accompanied by original invoice.
5. Parts must be accompanied by original invoice.
6. No cash refund will be issued. We issue credit toward future purchases only.
7. A 20% restocking fee will be applied to all returned merchandise (except errors on our part).
8. All claims must be made within 48 hours of receipt date.
9. No return of altered or painted parts.

*Thank You*

| | |
|---|---|
| **SALE AMOUNT** | 20.00 |
| **MISC. CHARGES** | |
| **SALES TAX** | 1.40 |
| **FREIGHT** | |
| **TOTAL** | 21.40 |

AUTO BODY PARTS • AUTO GLASS • RADIATORS • AC CONDENSORS • AUTO ACCESSORIES

Alpha Distributors
640 Airport Dr.
Salinas, CA 93906

Telephone: 888/733-4100



INVOICE #
42382

# invoice

**SOLD TO:**

ANDRES ENRIQUEZ
20000 MONTEREY ROAD
MORGAN HILL, CA 95035
408/857-1557

**SHIP TO:**

ANDRES ENRIQUEZ / JESUS
20000 MONTEREY ROAD
MORGAN HILL, CA 95035
408/857-1557

| ACCOUNT # | SALESMAN | P.O. # | SHIP VIA | COL | PPD | DATE SHIPPED | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1104SS | EDWA | | DEL | | | 08/31/01 | C.O.D. | 08/31/01 | 1 |

| QTY ORDERED | ITEM # | DESCRIPTION | CHECKED BY | LIST PRICE | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | 6048K | GRILLE ASSY SKYLARK 92-95 | | 78.50 | 58.95 | 53.06 |
| | | TOTAL DISCOUNTS | 5.89 | | | |

PAID
CASH $53.06
9-10-01

## DISCLAIMER OR WARRANTY

All our merchandise is warranted against defects in workmanship. There is no guarantee for faulty installation or if the parts are used for other than the originally intended application. We cannot be held responsible for labor charges or any other related cost either expressed or implied.

**ABOVE PARTS & SERVICES RECEIVED CORRECT & IN GOOD CONDITION** X _Jesus Chavez_
Signature          Time/Date

1. 1 1/2% interest per month will be applied to all overdue accounts.
2. A $15 service charge will be applied to each returned check.
3. All returns must be authorized by Alpha Distributors before any merchandise is returned.
4. Returns must be accompanied by original invoice.
5. Parts must be accompanied by original invoice.
6. No cash refund will be issued. We issue credit toward future purchases only.
7. A 20% restocking fee will be applied to all returned merchandise (except errors on our part).
8. All claims must be made within 48 hours of receipt date.
9. No return of altered or painted parts.

| | |
|---|---|
| SALE AMOUNT | 53.06 |
| MISC. CHARGES | |
| SALES TAX | 0.00 |
| FREIGHT | 53.06 |
| TOTAL | 53.06 |

*Thank You*

6 4 4 APR 0 9 2002

Your liability for this vehicle may not be released if you submit illegible or incomplete information.

PRINT YOUR CHARACTERS IN CAPITAL LETTERS USING BLACK OR BLUE INK-READ INSTRUCTIONS ON REVERSE SIDE.

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0 1 2 3 4 5 6 7 8 9

**NOTICE OF RELEASE OF LIABILITY**
*MAIL THIS FORM TO DMV*

A. BUYER'S TRUE FULL NAME (LAST)
A Humada

(FIRST)
Armando

(MIDDLE)

B. IF DEALER CHECK FIELD

C. BUYER'S ADDRESS
1422 44TH AVE  94601

L. ODOMETER READING
109,127

E. CITY
Oakland

STATE
Ca

ZIP CODE
94603-

E. DATE OF SALE
03 13 2002
MO DAY YR

G. SELLER'S TRUE FULL NAME (LAST)
Manuel Cabrera

(FIRST)

(MIDDLE)

H. SELLER'S ADDRESS
1440 Maury AVE Apt 119

SELLING PRICE
500.00

J. CITY
Fremont

STATE
Ca

ZIP CODE
94538-

K. SELLER'S SIGNATURE
X

VEHICLE ID NUMBER
1N4EB31B5MC716548

YR MODEL  MAKE
1991 NISS

PLATE NUMBER
4TVV007

REG 138A (REV. 1/97)

DO NOT DETACH UNTIL SOLD



# STATE OF CALIFORNIA

## SALVAGE CERTIFICATE

THIS CERTIFICATE IS THE EVIDENCE THAT TITLING DOCUMENTS AND PLATES
HAVE BEEN SURRENDERED TO THE DEPARTMENT OF MOTOR VEHICLES

SALVAGED

| | TYPE/MODEL | |
|---|---|---|
| 1F BNN9B04X003886 | 1989 TOYT | 07/08/1989 |

| AXLE/WEIGHT | FUEL | TRANSFER DATE | | |
|---|---|---|---|---|
| 2 02500 G | | | 13 | 07/31/2002 |

| SOLD | CLASS | YR | MO | EQUIPMENT/ID NUMBER | |
|---|---|---|---|---|---|
| 1989 | AL | 2000 | HM | 917962T | 30 /31/02 |

ODOMETER DATE

REGISTERED OWNER:

VALLEY STATE AUTO ASN
13895 LLAGAS AVE
SAN MARTIN, CA 95046

# WARNING:

The vehicle described herein has been declared a total loss salvage vehicle per
VC 11515. It may not be registered without a brake and light inspection per
VC 10 and 41 and a vehicle identification number (VIN) inspection per CVC 15505.
In additional certification of compliance (smog) may be required.

To transfer ownership of this vehicle, the seller and buyer must complete the
assignment on the back of this certificate.

The seller and any subsequent seller
of a total loss salvage vehicle obtain a
salvage certificate to disclose to the
buyer the fact that the vehicle is a
salvage vehicle.

KEEP IN A SAFE PLACE — VOID IF ALTERED

RADIATOR AND BODY PARTS USA
403 KEYES ST
SAN JOSE CA 95112
TEL 408-289-1845,
Tel.: 408-289-1682
Fax: 408-289-1853



## Invoice

| Invoice # | 19078 | WALKING |
|-----------|-------|---------|
| Date | 02/24/2007 | Page    1 |

| Sold To | NAME...<br>PHONE...<br>ADDRESS... | Ship To | NAME...<br>PHONE...<br>ADDRESS... |
|---------|-----------------------------------|---------|-----------------------------------|

| PO # | Terms | Salesperson | Ship Via | Ship Date | F.O.B. |
|------|-------|-------------|----------|-----------|--------|
|      | C.O.D. | JAY - |         | 02/24/2007 |       |

| Item | Quantity | Unit | Description | TX | Unit Price | Amount |
|------|----------|------|-------------|----|-----------:|-------:|
| SIL-7280 | 1.00 | | RADIATOR 96-99 TOYOTA AVALON | X | $90.00 | $90.00 |
| MIR-69 | 1.00 | | MIRROR LH BLACK POWER/NO HEAT<br>97-01 TOYOTA CARMY | X | $70.00 | $70.00 |
| | 1.00 | | 99 INFINITY I30 | | | |
| | 1.00 | | SIGNAL LAMP RH | | | |
| | 1.00 | | SIGNAL LAMP LH | | | |
| | 1.00 | | CORNER MARKER LAMP LH | | $100.00 | $100.00 |

| Comments | WARRANTY: Please refer on reverse side. Thank you |
|----------|---------------------------------------------------|

| SUBTOTAL | $260.00 |
|----------|--------:|
| FREIGHT | $0.00 |
| TAX | $0.00 |
| TOTAL AMOUNT | $260.00 |
| AMOUNT RECEIVED | $0.00 |
| BALANCE DUE | $260.00 |

```
DATE:  6/07/01                    COPART                        NO.    31487187
TIME: 12:33:06              R E C E I P T                              RCPOCHOP

        RECEIVED AT YARD   6, SAN JOSE

        THE SUM OF: $    5,770.00

        FROM: 026139 CARROCERIA Y PINTURA MICK'S
```

```
Date  6/07/01                        COPART                        Lot#  3427581
Time 12:23:07                 Sales Receipt/Bill of Sale
                        THIS MOTOR VEHICLE IS NOT GUARANTEED
----------------------------------------------------------------------------------
Seller MERCURY CASUALTY COMPANY      Buyer CARROCERIA Y PINTURA MICK'S    26139
       13895 LLAGAS AVE                    1879 SUMATRA AVE
       SAN MARTIN, CA 95046                SAN JOSE, CA 95122


Phone# (408) 683-9393                Phone# (408) 254-3951
----------------------------------------------------------------------------------
Vehicle 91 TOYT CAMRY GRAY           Vin# 4T1SV24E6MU406421
   Sale  6/05/01      #   218        Yard  6 SAN JOSE

Charges and Payments:

   1   6/05/01 SALE PRICE                  950.00
   2   6/05/01 BUYER FEE                   120.00
   3   6/05/01 GATE                         20.00
   4   6/07/01 BUYER PAYMENT             1,090.00--

                     NET DUE               .00
```

                                                * RECEIPT VALID THROUGH
                                                    6/07/01

RELEASED BY: _____   DATE _____

RELEASED TO: _____

```
Date 12/12/01                    COPART                  Lot#  8820291
Time  9:32:54          Sales Receipt/Bill of Sale
                   THIS MOTOR VEHICLE IS NOT GUARANTEED
------------------------------------------------------------------------
Seller CALIFORNIA STATE AUTO ASN   Buyer MIGUEL A.VELA              84824
       13895 LLAGAS AVE                  401 BROADWAY ST
       SAN MARTIN, CA 95046              GILROY, CA 95020


Phone# (408) 683-9393           Phone# (408) 842-4943
------------------------------------------------------------------------
Vehicle 96 MERC COUGAR XR7 RED     Vin# 1MELM62WXTH605847
   Sale 12/11/01    #  257         Yard   6 SAN JOSE
------------------------------------------------------------------------
Charges and Payments:

   1 12/11/01 SALE PRICE               2,800.00
   2 12/11/01 BUYER FEE                  180.00
   3 12/11/01 GATE                        20.00
   4 12/12/01 BUYER PAYMENT            3,000.00-

                   NET DUE                  .00
```

```
------------------------------------------------------------------------
                                        * RECEIPT VALID THROUGH
                                               12/13/01

RELEASED BY: _____  DATE _____

RELEASED TO: _____


------------------------------------------------------------------------
```

```
DATE: 12/12/01                    COPART                    NO.    38158722
TIME:  9:32:53               R E C E I P T                        RCPOCHOP

          RECEIVED AT YARD   6, SAN JOSE

          THE SUM OF: $   3,000.00

          FROM: 084824 MIGUEL A. VELA
```

DATE: 3/18/08                          COMPANY                          NO.    41978517
TIME: 15:53:39                    R E C E I P T                                LGVASQUEZ

RECEIVED AT YARD   6, SAN JOSE

THE SUM OF: $    725.00

FROM: 084824 MIGUEL A. VELA

COPART
Sales Receipt/Bill of Sale
THIS MOTOR VEHICLE IS NOT GUARANTEED

Seller GREAT AMERICAN INSURANCE CO    Buyer MIGUEL A. VELA                    64624
       13895 LLAGAS AVE                      401 BROADWAY ST
       SAN MARTIN, CA 95046                  GILROY, CA 95020

Phone# (408) 683-9393              Phone# (408) 842-4943

Vehicle 97 BUIC SKYLARK CU GREEN       Vin# 1G4NJ52M1VC444893
  Sale 3/12/02    # 154                Yard   6 SAN JOSE

Charges and Payments:

   1   3/14/02  SALE PRICE                  600.00
   2   3/14/02  BUYER FEE                   105.00
   3   3/14/02  GATE                         20.00
   4   3/18/02  BUYER PAYMENT               725.00-

                 NET DUE                       .00

                                    * RECEIPT VALID THROUGH
                                          3/18/02

RELEASED BY: _____    DATE _____

RELEASED TO: _____

# STATE OF CALIFORNIA
# CERTIFICATE OF TITLE

62301092116

**AUTOMOBILE**                                            *** SALVAGED ***

| VEHICLE ID NUMBER | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|
| 1N4EB31B5MC716548 | | 1991 | NISS | 4TVV007 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| SD | | | G | 09/20/01 | $176 | 03/06/2002 |

| | YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | AF | 2001 | GX | | | 10/03/01 |

| MOTORCYCLE ENGINE NUMBER | ODOMETER DATE | ODOMETER READING |
|---|---|---|
| | 07/02/1999 | |

REGISTERED OWNER(S)
CABRERA MANUEL
1440 MAURY AVE APT 119
FREMONT CA 94538

I certify under penalty of perjury under the laws of the State of California, that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. _____ X _____
    DATE            SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
    DATE            SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |___|___|___|,|___|___|___| (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

**WARNING**  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

*I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF AGENT SIGNING FOR A COMPANY | |

## IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X
   Signature releases interest in vehicle. (Company names must be countersigned)
   Release Date _____

CA57492930
013267        REG. 17.30 (REV. 2/00)

**KEEP IN A SAFE PLACE — VOID IF ALTERED**

# STATE OF CALIFORNIA

516010725C5          **CERTIFICATE OF TITLE**

AUTOMOBILE                                        *** SALVAGED ***

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1FALP624XRH155719 | 1994 | FORD | 4SSX279 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| CP | | | G | 07/25/01 | $198 | 08/18/2002 |

| YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 1994 | AF | 2001 | GV | | 08/04/01 |

MOTORCYCLE ENGINE NUMBER                ODOMETER DATE        ODOMETER READING
                                        07/25/2001           70168 MI
                                        ACTUAL MILEAGE

REGISTERED OWNER(S)
CABRERA MANUEL
1440 MOWRY AVE #119
FREMONT CA 94538

I certify under penalty of perjury under the laws of the State of California, that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. _____   X _____
         DATE                         SIGNATURE OF REGISTERED OWNER

1b. _____   X _____
         DATE                         SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |__|__|__|__|,|__|__|__| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

*I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFERED/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF AGENT SIGNING FOR A COMPANY | |

*IMPORTANT READ CAREFULLY*
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
   Signature releases interest in vehicle. (Company names must be countersigned)
   Release Date _____

CA5628988

012044          REG. 17.30 (REV. 7/98)

**KEEP IN A SAFE PLACE — VOID IF ALTERED**

```
Date 11/28/01                    COPART                    Lot#  6553491
Time  9:28:43            Sales Receipt/Bill of Sale
                    THIS MOTOR VEHICLE IS NOT GUARANTEED
------------------------------------------------------------------------
Seller USAA - WESTERN REGION      Buyer MIGUEL A. VELA               84824
       13895 LLAGAS AVE                 401 BROADWAY ST
       SAN MARTIN, CA 95046             GILROY, CA 95020


Phone# (408) 683-9393             Phone# (408) 842-4943
------------------------------------------------------------------------
Vehicle 97 FORD EXPLORER BLUE     Vin# 1FMCU22X6VUD28820
  Sale 11/27/01      #  220       Yard    6 SAN JOSE
------------------------------------------------------------------------
Charges and Payments:

  1 11/27/01 SALE PRICE               2,600.00
  2 11/27/01 BUYER FEE                  180.00
  3 11/27/01 GATE                        20.00
  4 11/28/01 BUYER PAYMENT            2,800.00-

               NET DUE                     .00
```

--------------------------------------------------------------------------

                                        * RECEIPT VALID THROUGH
                                                11/29/01

RELEASED BY: _____    DATE _____

RELEASED TO: _____

--------------------------------------------------------------------------

Lot#:  6553491        ODOMETER DISCLOSURE STATEMENT        Lic#: CA 3WQV075

---

Federal law requires that you state the mileage upon transfer of ownership.
Failure to complete or providing a false statement may result in fines
and/or imprisonment.

---

Yr: 97  Make: FORD  Model: EXPLORER    Body: 2DR WAGO VIN#: 1FMCU22X6VUD28820

---

As a duly authorized agent for the seller of the vehicle described above, I
state that the odometer of the vehicle now reads  __63885__ (no tenths) and to
the best of my knowledge that it reflects the actual mileage of the vehicle
unless one of the following statements is checked:

( ) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.

( ) I hereby certify that the odometer reading is NOT the actual mileage.
    WARNING – Odometer Discrepancy

---

SELLER Name/Address:              BUYER Name/Address:

                                                                84824

  USAA – WESTERN REGION             MIGUEL A. VELA
  13895 LLAGAS AVE                  401 BROADWAY ST
  SAN MARTIN, CA 95046             GILROY, CA 95020

    (408)683-9393                     (408)842-4943

------------------------------    ------------------------------
Signature of Seller or Sellers Agent    Signature of Buyer or Buyers Agent

------------------------------    ------------------------------
Print Signators Name    DATE      Print Signators Name    DATE

```
DATE: 11/28/01                    COPART                    NO.    37597351
TIME:  9:28:43                R E C E I P T                        RCPOCHOP
```

          RECEIVED AT YARD   6, SAN JOSE

          THE SUM OF: $    2,800.00

          FROM: 084824 MIGUEL A. VELA

```
Date  9/25/02                    COPART                      Lot#  6404102
Time  8:07:54             Sales Receipt/Bill of Sale
                     THIS MOTOR VEHICLE IS NOT GUARANTEED
------------------------------------------------------------------------------

Seller STATE FARM INSURANCE        Buyer MIGUEL A. VELA                   84824
       13895 LLAGAS AVE                  401 BROADWAY ST
       SAN MARTIN, CA 95046             GILROY, CA 95020


Phone# (408) 683-9393              Phone# (408) 710-1237
------------------------------------------------------------------------------
Vehicle 95 FORD THUNDERBIR BLUE      Vin# 1FALP62W7SH191794
  Sale  9/24/02     #  203           Yard  6 SAN JOSE
------------------------------------------------------------------------------
Charges and Payments:

   1   9/24/02  SALE PRICE            1,050.00
   2   9/24/02  BUYER FEE               145.00
   3   9/24/02  GATE                     20.00
   4   9/25/02  BUYER PAYMENT         1,215.00-

                      NET DUE              .00
```

```
------------------------------------------------------------------------------
                                        * RECEIPT VALID THROUGH
                                               9/26/02

RELEASED BY: _____    DATE  _____

RELEASED TO: _____


------------------------------------------------------------------------------
```

```
Lot#:  6404102        ODOMETER DISCLOSURE STATEMENT      Lic#: CA 3MUM694
```
-------------------------------------------------------------------------------
Federal law requires that you state the mileage upon transfer of ownership.
Failure to complete or providing a false statement may result in fines
and/or imprisonment.

-------------------------------------------------------------------------------
Yr: 95  Make: FORD  Model: THUNDERBIR Body: SEDAN 2  VIN#: 1FALP62W7SH191794
-------------------------------------------------------------------------------

As a duly authorized agent for the seller of the vehicle described above, I
state that the odometer of the vehicle now reads  109798 (no tenths) and to
the best of my knowledge that it reflects the actual mileage of the vehicle
unless one of the following statements is checked:

( ) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.

( ) I hereby certify that the odometer reading is NOT the actual mileage.
    WARNING — Odometer Discrepancy

-------------------------------------------------------------------------------
Sale Date:  9/24/02              Sale Yard:   6 SAN JOSE
-------------------------------------------------------------------------------
SELLER Name/Address:            BUYER Name/Address:
                                                                  84824
   STATE FARM INSURANCE            MIGUEL A. VELA
   13895 LLAGAS AVE                401 BROADWAY ST
   SAN MARTIN, CA 95046            GILROY, CA 95020

   (408)683-9393                   (408)710-1237

-------------------------------    -------------------------------
Signature of Seller or Sellers Agent  Signature of Buyer or Buyers Agent


-------------------------------    -------------------------------
Print Signators Name      DATE     Print Signators Name      DATE

```
DATE:   9/25/02                    COPART                NO.      49250236
TIME:   8:07:54               R E C E I P T                      SJMORALEZ


        RECEIVED AT YARD   6, SAN JOSE

        THE SUM OF: $    1,215.00

        FROM: 084824 MIGUEL A.VELA
```

Date  1/23/02                    COPART                           Lot#  3164XX
Time  9:48:18            Sales Receipt/Bill of Sale
                 THIS MOTOR VEHICLE IS NOT GUARANTEED

Seller STATE FARM INSURANCE          Buyer MIGUEL A. VELA                84824
       13895 LLAGAS AVE                     401 BROADWAY ST
       SAN MARTIN, CA 95046                 GILROY, CA 95020

Phone# (408) 683-9393                Phone# (408) 842-4943

Vehicle 94 FORD THUNDERBIR BLUE      Vin# 1FALP62W1RH130161
   Sale 1/22/02     #  261           Yard   6 SAN JOSE

Charges and Payments:

    1  1/22/02 SALE PRICE              1,300.00
    2  1/22/02 BUYER FEE                 140.00
    3  1/22/02 GATE                       20.00
    4  1/23/02 BUYER PAYMENT           1,460.00-

              NET DUE                       .00


                                      * RECEIPT VALID THROUGH
                                           1/24/02

RELEASED BY: _____    DATE _____

RELEASED TO: _____

DATE: 1/23/02                         COPART                         NO.    59711868
TIME: 9:46:18                    R E C E I P T                              ROPOCHOP

RECEIVED AT YARD   6, SAN JOSE

THE SUM OF: $    3,850.00

FROM: 084824 MIGUEL A. VELA

```
Date  8/21/02                    COPART                    Lot#  5885352
Time  8:39:15              Sales Receipt/Bill of Sale
                     THIS MOTOR VEHICLE IS NOT GUARANTEED
------------------------------------------------------------------------
Seller FARMERS INSURANCE GROUP      Buyer MIGUEL A. VELA              84824
       13895 LLAGAS AVE                   401 BROADWAY ST
       SAN MARTIN, CA 95046               GILROY, CA 95020


Phone# (408) 683-9393              Phone# (408) 710-1237
------------------------------------------------------------------------
Vehicle 91 TOYT COROLLA DE SILVR    Vin# 1NXAE94A5MZ216594
  Sale  8/20/02      #  196         Yard   6 SAN JOSE
------------------------------------------------------------------------
Charges and Payments:

   1  8/20/02 SALE PRICE                    300.00
   2  8/20/02 BUYER FEE                      65.00
   3  8/20/02 GATE                           20.00
   4  8/21/02 BUYER PAYMENT                 355.00-

                     NET DUE                 30.00  COMPANY CHECK NOT ALLOWED
```

```
                                          * RECEIPT VALID THROUGH
                                                8/22/02

RELEASED BY: _____   DATE _____

RELEASED TO: _____
```

```
Date 11/13/02                    COPART                      Lot#  7377402
Time 12:54:29            Sales Receipt/Bill of Sale
                    THIS MOTOR VEHICLE IS NOT GUARANTEED
----------------------------------------------------------------------------
Seller STATE FARM INSURANCE        Buyer MIGUEL A. VELA              84824
       13895 LLAGAS AVE                  401 BROADWAY ST
       SAN MARTIN, CA 95046              GILROY, CA 95020


Phone# (408) 683-9393              Phone# (408) 710-1237
----------------------------------------------------------------------------
Vehicle 92 HOND ACCORD LX RED      Vin# 1HGCB7557NA015747
   Sale 11/12/02     #  142        Yard   6 SAN JOSE
Charges and Payments:

  1 11/12/02 SALE PRICE                1,150.00
  2 11/12/02 BUYER FEE                   145.00
  3 11/12/02 GATE                         20.00
  4 11/13/02 BUYER PAYMENT             1,315.00-

                   NET DUE                  .00
```

```
------------------------------------------------------------------------
                                      * RECEIPT VALID THROUGH
                                             11/14/02

RELEASED BY: _____   DATE _____

RELEASED TO: _____


------------------------------------------------------------------------
```

```
Lot#:  7377402        ODOMETER DISCLOSURE STATEMENT        Lic#: CA 2ZAK813
```
-------------------------------------------------------------------------------
Federal law requires that you state the mileage upon transfer of ownership.
Failure to complete or providing a false statement may result in fines
and/or imprisonment.
-------------------------------------------------------------------------------
```
Yr: 92  Make: HOND  Model: ACCORD LX  Body: SEDAN 4D  VIN#: 1HGCB7557NA015747
```
-------------------------------------------------------------------------------

As a duly authorized agent for the seller of the vehicle described above, I
state that the odometer of the vehicle now reads EXEMPT and to
the best of my knowledge that it reflects the actual mileage of the vehicle
unless one of the following statements is checked:

( ) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.

( ) I hereby certify that the odometer reading is NOT the actual mileage.
    WARNING - Odometer Discrepancy

-------------------------------------------------------------------------------
Sale Date: 11/12/02              Sale Yard:  6 SAN JOSE
-------------------------------------------------------------------------------
SELLER Name/Address:             BUYER Name/Address:
                                                                  84824
    STATE FARM INSURANCE             MIGUEL A. VELA
    13895 LLAGAS AVE                 401 BROADWAY ST
    SAN MARTIN, CA 95046             GILROY, CA 95020

    (408)683-9393                    (408)710-1237


_____           _____
Signature of Seller or Sellers Agent   Signature of Buyer or Buyers Agent


_____  1/13      _____
Print Signators Name    DATE      Print Signators Name      DATE

```
DATE: 11/13/02                    COPART                    NO.    51278721
TIME: 12:54:29                 R E C E I P T                       RCPOCHOP

          RECEIVED AT YARD   6, SAN JOSE

          THE SUM OF: $    1,315.00

          FROM: 084824 MIGUEL A. VELA
```

# ADESA IMPACT

6700 STEVENSON BLVD; FREMONT, CA 94538 510-668-1665
FEDERAL I.D. NO.: 35-2123607

GLH58

# BILL OF SALE

| SELLER | State Farm Mut Auto Ins<br>1475 66Th Street<br>Emeryville CA 94608-1004 | BUYER | CALIFORNIA AUTO REP S098   AC248453<br>903 COMMERCIAL ST<br>SAN JOSE   CA 95112<br>(408) 452-7466 | DMV# |

| YEAR | MAKE | MODEL | VIN # | COLOR | DATE |
|------|------|-------|-------|-------|------|
| 1996 | TOYOTA | Avalon-V6 | 4T1BF12B6TU095524 | Gray | 02/05/07 |

| | | | |
|---|---|---|---|
| STOCK NO. | GLH58   ROW: 338   YARD: 19 | SALE PRICE: | 1,800.00 |
| FILE NO.: | 055357472 | BUYER FEE: | 250.00 |
| INSURED'S NAME: | K. DAVIS | DELIVERY FEE: | .00 |
| CLAIMANT: | | LOADING FEE: | |
| D.O.L: | 12/23/06 | OTHER: | .00 |
| TITLE STATE: | CA-SALV SAL | TOTAL AMOUNT DUE: | 2,050.00 |
| TYPE OF LOSS: | COLL | AMOUNT RECEIVED: | |
| ARRIVAL DATE: | 01/08/07 | BALANCE DUE: | |
| OPEN BID DATE: | 00/00/00 | DATE PAID: | INIT |
| | | CHECK NO: | |
| ***Certified Check Only*** | | CERT. CHECK REQ.: | Y |

This vehicle is sold with no warranty or guarantees and is in need of repairs. Vehicle towed from ADESA property.

Deliver Vehicle to: _____

_____

ADESA Driver: _____   Date: _____   Time: _____

Received Per Inventory: _____   Date: _____   Time: _____

Flat Bed: _____   RegularX ____1____

## PLEASE MAKE ALL CHECKS PAYABLE TO ADESA IMPACT

PURCHASE AGREEMENT: THIS VEHICLE IS PURCHASED FOR RESALE IN THE FORM OF TANGIBLE PERSONAL PROPERTY IN THE REGULAR COURSE OF BUSINESS AND IS THE SORT USUALLY PURCHASED BY THE BUYER FOR RESALE. IN THE EVENT THAT THE PROPERTY IS USED FOR ANY OTHER PURPOSE OTHER THAN FOR RESALE, BUYER WILL PAY DIRECT TO THE PROPER TAXING AUTHORITIES, SUCH SALE OR USE TAX AS MAY THEN BE ACCRUED AND BECOME PAYABLE. THE BUYER FURTHER CERTIFIES THAT HE HOLDS A RETAIL SALES TAX REGISTRATION CERTIFICATE, LICENSE OR OTHER PERMIT ISSUED BY THE SALES TAX AUTHORITY OF THE STATE AND COUNTY BEARING NO. ........ 100-773455

GLH58   4T1BF12B6TU095524

ODOMETER READING   ▶   146262

**ODOMETER DISCLOSURE STATEMENT:** EXEMPT FROM ODOMETER DISCLOSURE

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE OF THE VEHICLE DESCRIBED ABOVE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I state the above odometer reading, to the best of my knowledge, reflects the actual mileage of the vehicle described above, unless one of the following statements is checked:

☐ I hereby certify that to the best of my knowledge the above disclosed odometer reading EXCEEDS mechanical limits.

☐ I hereby certify that to the best of my knowledge the above disclosed odometer reading is "not the actual mileage" warning odometer discrepancy.

Transferor (Seller's Agent) Signature   02/05/07   Date

R. Rutherford

Transferee (Buyer's) Signature _Jesus Chavez C_   Date

Print Name
**BUYER**

Date 11/29/06                    COPART                        Lot# 10396156
Time 11:52:21            Sales Receipt/Bill of Sale
                  THIS MOTOR VEHICLE IS NOT GUARANTEED    Fed Tax: 942867490
------------------------------------------------------------------------
Seller MERCURY CASUALTY COMPANY      Buyer QUEVEDO'S AUTO GLASS          275171
       13895 LLAGAS AVE                     2613 SIBELIUS AVE
       SAN MARTIN, CA 95046                 SAN JOSE, CA 95122


Phone# (408) 683-9393               Phone# (408) 348-3698


------------------------------------------------------------------------
Vehicle 02 HOND ACCORD VAL BLUE      Vin# 1HGCF86622A114747
  Sale 11/28/06     #  305           Yard   6 CA - SAN JOSE
------------------------------------------------------------------------
Charges and Payments:

  1 11/28/06 SALE PRICE                    2,500.00
  2 11/28/06 BUYER FEE                       250.00
  3 11/28/06 VIRTUAL BID FEE                  35.00
  4 11/28/06 GATE                            30.00
  5 11/29/06 BUYER PAYMENT                2,818.00-

              NET DUE (USD)                     .00




                                          * RECEIPT VALID THROUGH


                                              12/04/06

RELEASED BY: _____    DATE _____

RELEASED TO: _____

ENHANCED    Auto West
            Honda

# ADESA IMPACT

6700 STEVENSON BLVD, FREMONT, CA 94538 510-668-1665          GKL54

FEDERAL I.D. NO.: 35-2123607

# BILL OF SALE

| | |
|---|---|
| **SELLER** | State Farm Mut Auto Ins<br>2590 North First Street<br>Suite 200<br>San Jose CA 95131 | **BUYER** | CALIFORNIA AUTO REP S098  AC248453  DMV#<br>903 COMMERCIAL ST<br>SAN JOSE  CA 95112<br>(408) 452-7466 |

| YEAR | MAKE | MODEL | VIN # | COLOR | DATE |
|---|---|---|---|---|---|
| 1993 | HONDA | Accord | JHMCB7684PC021163 | Green | 02/05/07 |

|  |  |  |  |
|---|---|---|---|
| | GKL54 | 290 | 19 | 650.00 |
| STOCK NO. | 055350970 | ROW: | YARD: | SALE PRICE: | 140.00 |
| FILE NO.: | Y. MERCARDO | | | BUYER FEE: | |
| INSURED'S NAME: | | | | DELIVERY FEE: | .00 |
| CLAIMANT: | | | | LOADING FEE: | |
| D.O.L.: | 12/02/06 | | | OTHER: | .00 |
| TITLE STATE: | CA-SALV SAL | | | TOTAL AMOUNT DUE: | 790.00 |
| TYPE OF LOSS: | COLL | | | AMOUNT RECEIVED: | |
| ARRIVAL DATE: | 01/03/07 | | | BALANCE DUE: | |
| OPEN BID DATE: | 00/00/00 | | | DATE PAID: | INIT. |
| | | | | CHECK NO: | |
| | ***Certified Check Only*** | | | CERT. CHECK REQ.: | Y |

This vehicle is sold with no warranty or guarantees and is in need of repairs. Vehicle towed from ADESA property.

Deliver Vehicle to: _____

_____

ADESA Driver: _____  Date: _____  Time: _____

Received Per Inventory: _____  Date: _____  Time: _____

Flat Bed: _____   Regular: _____   X   1

## PLEASE MAKE ALL CHECKS PAYABLE TO ADESA IMPACT

PURCHASE AGREEMENT: THIS VEHICLE IS PURCHASED FOR RESALE IN THE FORM OF TANGIBLE PERSONAL PROPERTY IN THE REGULAR COURSE OF BUSINESS AND IS THE SORT USUALLY PURCHASED BY THE BUYER FOR RESALE. IN THE EVENT THAT THE PROPERTY IS USED FOR ANY OTHER PURPOSE OTHER THAN FOR RESALE, BUYER WILL PAY DIRECT TO THE PROPER TAXING AUTHORITIES, SUCH SALE OR USE TAX AS MAY THEN BE ACCRUED AND BECOME PAYABLE. THE BUYER FURTHER CERTIFIES THAT HE HOLDS A RETAIL SALES TAX REGISTRATION CERTIFICATE, LICENSE OR OTHER PERMIT ISSUED BY THE SALES TAX AUTHORITY OF THE STATE AND COUNTY BEARING NO. .......... 100-773455

ODOMETER READING   ▶   118244   EXEMPT FROM ODOMETER DISCLOSURE

## ODOMETER DISCLOSURE STATEMENT:

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE OF THE VEHICLE DESCRIBED ABOVE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I state the above odometer reading, to the best of my knowledge, reflects the actual mileage of the vehicle described above, unless one of the following statements is checked:

☐ I hereby certify that to the best of my knowledge the above disclosed odometer reading EXCEEDS mechanical limits.

☐ I hereby certify that to the best of my knowledge the above disclosed odometer reading is "not the actual mileage" warning odometer discrepancy.

02/05/07

Transferee (Buyer's) Signature   *Jesus Chavez C*

_____    _____
Transferee (Seller's Agent) Signature       Date       Transferee (Buyer's) Signature       Date
R. Rutherford

Print Name
**BUYER**

# ADESA IMPACT

6700 STEVENSON BLVD, FREMONT, CA, 510-668-1665              JAH92
FEDERAL I.D. NO.: 35-2123607

# BILL OF SALE

**SELLER**
State Farm Mut Auto Ins
2995 Foothill Blvd
Suite 100
Roseville CA 95747

**BUYER**
REBUILDER                      DMV#
GUARANTEED BEST AUT S110    023657
300 MOWRY AVE
SAN JOSE   CA 94536
(510) 943-8661

| YEAR | MAKE | MODEL | VIN # | COLOR | DATE |
|------|------|-------|-------|-------|------|
| 1993 | TOYOTA | T100 Picku | JT4VD10A4P0004457 | BLUE | 06/11/07 |

STOCK NO. JAH92              ROW: 242      YARD: 19      SALE PRICE:        2,800.00
FILE NO.: 055389154                                       BUYER FEE:          330.00
INSURED'S NAME: W. HIPPOLYTE                               DELIVERY FEE:          .00
CLAIMANT: S.                                              LOADING FEE:
D.O.L.: 04/05/07                                          OTHER:                 .00
TITLE STATE: CA-ORIG INS                                  TOTAL AMOUNT DUE:  3,130.00
TYPE OF LOSS: COLL                                        AMOUNT RECEIVED:
ARRIVAL DATE: 05/21/07                                    BALANCE DUE:
OPEN BID DATE: 00/00/00                                   DATE PAID:                    INIT
                                                          CHECK NO:
               ***Certified Check Only***                CERT. CHECK REQ.:            Y

This vehicle is sold with no warranty or guarantees and is in need of repairs. Vehicle towed from ADESA property.

Deliver Vehicle to: _____

_____

ADESA Driver: _____    Date: _____    Time: _____

Received Per Inventory: _____    Date: _____    Time: _____

                    Flat Bed: _____    X    1
                    Regular: _____

## PLEASE MAKE ALL CHECKS PAYABLE TO ADESA IMPACT

PURCHASE AGREEMENT: THIS VEHICLE IS PURCHASED FOR RESALE IN THE FORM OF TANGIBLE PERSONAL PROPERTY IN THE REGULAR COURSE O
BUSINESS AND IS THE SORT USUALLY PURCHASED BY THE BUYER FOR RESALE. IN THE EVENT THE PROPERTY IS USED FOR ANY OTHE
PURPOSE OTHER THAN FOR RESALE, BUYER WILL PAY DIRECT TO THE PROPER TAXING AUTHORITIES, SUCH SALE OR USE TAX AS MAY THEN B
ACCRUED AND BECOME PAYABLE. THE BUYER FURTHER CERTIFIES THAT HE HOLDS A RETAIL SALES TAX REGISTRATION CERTIFICATE, LICENSE O
OTHER PERMIT ISSUED BY THE SALES TAX AUTHORITY OF THE STATE AND COUNTY BEARING NO. ............    99-865155

ODOMETER READING   ▶   188423
                        EXEMPT FROM ODOMETER DISCLOSURE

## ODOMETER DISCLOSURE STATEMENT:

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE OF THE VEHICLE DESCRIBED ABOVE UPON TRANSFER O
OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I state the above odometer reading, to the best of my knowledge, reflects the actual mileage of the vehicle described above, unless one of the followin
statements is checked:

☐ I hereby certify that to the best of my
knowledge the above disclosed odometer
reading EXCEEDS mechanical limits.

☐ I hereby certify that to the best of my
knowledge the above disclosed odometer
reading is "not the actual mileage" warning
odometer discrepancy.

_M. Rowen_              06/11/07          _Manuel Cabrera_
Transferrer (Seller's Agent) Signature        Date          Transferee (Buyer's) Signature        Date
R. Rutherford

                                                          Print Name
                                                          BUYER

# ADESA IMPACT

6700 STEVENSON ~~BLVD., FREMONT, CA 94538~~ 510-668-1665          JLJ93

FEDERAL I.D. NO.: 35-2123607

# BILL OF SALE

**SELLER**
State Farm Mut Auto Ins
2590 North First Street
Suite 200
San Jose CA 95131

**BUYER**
REBUILDER                    DMV#
GUARANTEED BEST AUT S110     023657
300 MOWRY AVE
SAN JOSE    CA 94536
(510) 943-8661

| YEAR | MAKE | MODEL | VIN # | COLOR | DATE |
|------|------|-------|-------|-------|------|
| 1997 | CHEVROLET | C1500 PICK | 1GCEC14W3VZ236373 | White | 07/16/07 |

STOCK NO.: 055415222      ROW:      YARD:
FILE NO.:
INSURED'S NAME: C. BRUDVIG
CLAIMANT: J. MADERA
D.O.L.: 06/24/07
TITLE STATE: CA-SALV SAL
TYPE OF LOSS: COLL
ARRIVAL DATE: 07/02/07
OPEN BID DATE: 00/00/00

JLJ93          14          19

SALE PRICE:       2,000.00
BUYER FEE:          330.00
DELIVERY FEE:          .00
LOADING FEE:
OTHER:               .00
TOTAL AMOUNT DUE: 2,330.00
AMOUNT RECEIVED:
BALANCE DUE:
DATE PAID: 7-16-07   INIT
CHECK NO:              Y
CERT. CHECK REQ.:

***Certified Check Only***

This vehicle is sold with no warranty or guarantees and is in need of repairs. Vehicle towed from ADESA property.

Deliver Vehicle to: _____

_____

ADESA Driver: _____    Date: _____    Time: _____

Received Per Inventory: _____    Date: _____    Time: _____

Flat Bed: _____          Regular: _____          X    1

## PLEASE MAKE ALL CHECKS PAYABLE TO ADESA IMPACT

PURCHASE AGREEMENT: THIS VEHICLE IS PURCHASED FOR RESALE IN THE FORM OF TANGIBLE PERSONAL PROPERTY IN THE REGULAR COURSE OF BUSINESS AND IS THE SORT USUALLY PURCHASED BY THE BUYER FOR RESALE. IN THE EVENT THAT THE PROPERTY IS USED FOR ANY OTHER PURPOSE OTHER THAN FOR RESALE, BUYER WILL PAY DIRECT TO THE PROPER TAXING AUTHORITIES, SUCH SALE OR USE TAX AS MAY THEN BE ACCRUED AND BECOME PAYABLE THEREON. THE BUYER FURTHER CERTIFIES THAT HE HOLDS A RETAIL SALES TAX REGISTRATION CERTIFICATE, LICENSE OR OTHER PERMIT ISSUED BY THE SALES TAX AUTHORITY OF THE STATE AND COUNTY BEARING NO. ...............

ODOMETER READING      ▶      90898

## ODOMETER DISCLOSURE STATEMENT:

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE OF THE VEHICLE DESCRIBED ABOVE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I state the above odometer reading, to the best of my knowledge, reflects the actual mileage of the vehicle described above, unless one of the following statements is checked:

☐ I hereby certify that to the best of my knowledge the above disclosed odometer reading EXCEEDS mechanical limits.

07/16/07

Transferrer (Seller's Agent) Signature          Date

Its Further etc

☐ I hereby certify that to the best of my knowledge the above disclosed odometer reading is "not the actual mileage" warning odometer discrepancy.

*Marcel Cabrera*

Transferee (Buyer's) Signature          Date

Print Name

BUYER

```
Date  8/25/06                    COPART                    Lot#  7865346
Time  9:37:33            Sales Receipt/Bill of Sale
                    THIS MOTOR VEHICLE IS NOT GUARANTEED    Fed Tax: 942867490
------------------------------------------------------------------------
Seller CALIFORNIA STATE AUTO ASN    Buyer QUEVEDO'S AUTO GLASS          275171
       1964 SABRE STREET                  2613 SIBELIUS AVE
       HAYWARD, CA 94545                  SAN JOSE, CA 95122


Phone# (510) 783-6511               Phone# (408) 348-3698


       ------------------------------------------------------------------
Vehicle 98 BMW 528I AUTOM GREEN     Vin# WBADD6325WBW30449
   Sale  8/24/06    #   44          Yard   3 CA - HAYWARD
       ------------------------------------------------------------------
Charges and Payments:

   1  8/24/06  SALE PRICE              5,300.00
   2  8/24/06  BUYER FEE                 250.00
   3  8/24/06  VIRTUAL BID FEE            35.00
   4  8/24/06  GATE                      30.00
   5  8/25/06  BUYER PAYMENT          5,615.00-

                    NET DUE (USD)           .00
```

This vehicle has been declared          * RECEIPT VALID THROUGH
a total loss salvage vehicle.

                                              8/30/06

RELEASED BY: _____    DATE  _____

RELEASED TO: _____

RUNS AND DRIVES

```
Date  8/25/06                    COPART                    Lot#  7320376
Time  9:37:33           Sales Receipt/Bill of Sale
               THIS MOTOR VEHICLE IS NOT GUARANTEED   Fed Tax: 942867490
----------------------------------------------------------------------
Seller CALIFORNIA STATE AUTO ASN    Buyer QUEVEDO'S AUTO GLASS      275171
       1964 SABRE STREET                  2613 SIBELIUS AVE
       HAYWARD, CA 94545                  SAN JOSE, CA 95122


Phone# (510) 783-6511               Phone# (408) 348-3698

-----------------------------------------------------------------------
Vehicle 01 NISS SENTRA XE/ GRAY     Vin# 3N1CB51DX1L420961
   Sale  8/24/06     #   24         Yard  3 CA - HAYWARD
-----------------------------------------------------------------------
Charges and Payments:

   1  8/24/06 SALE PRICE              3,700.00
   2  8/24/06 BUYER FEE                 250.00
   3  8/24/06 VIRTUAL BID FEE           35.00
   4  8/24/06 GATE                      30.00
   5  8/25/06 BUYER PAYMENT          4,015.00-

                NET DUE (USD)             .00
```

```
This vehicle has been declared          * RECEIPT VALID THROUGH
a total loss salvage vehicle.
                                              8/30/06

RELEASED BY: _____   DATE  _____

RELEASED TO: _____

RUNS AND DRIVES
```

RADIATOR AND BODY PARTS USA
403 KEYES ST
SAN JOSE CA 95112
TEL 408-289-1845,
Tel.: 408-289-1682
Fax: 408-289-1853



## Invoice

| Invoice # | 19203 | WALKING |
| Date | 03/03/2007 | Page    1 |

**Sold To**
NAME...SEFERINO
PHONE...
ADDRESS...

**Ship To**
NAME...
PHONE...
ADDRESS...

| PO # | Terms | Salesperson | Ship Via | Ship Date | F.O.B. |
|------|-------|-------------|----------|-----------|--------|
|      | C.O.D. | JAY - |  | 03/03/2007 |  |

| Item | Quantity | Unit | Description | TX | Unit Price | Amount |
|------|----------|------|-------------|----|-----------|--------|
|  | 1.00 |  | 94 TOYOT PICKUPU |  |  |  |
|  | 1.00 |  | HEAD/LAMP LH |  |  |  |
| 3935.5 | 1.00 |  | CORNER MARKER LAMP LH 'CHROME TRIM' 2WD 92-95 TOYOTA PICKUP | X |  |  |
| 3907.0 | 1.00 |  | SIGNAL LAMP LH IN BUMPER 89-95 TOYOTA PICKUP | X |  |  |
| 3863.0 | 1.00 |  | BUMPER FRONT CHROME '2WD' 89-95 TOYOTA PICKUP | X |  |  |
| 3953.1 | 1.00 |  | VALANCE PANEL FRONT '2WD BLACK' 89-91 TOYOTA PICKUP | X |  |  |
| 3815.2 | 1.00 |  | GRILLE CHROME/ '2WD 1PC' 92-95 TOYOTA PICKUP | X | $150.00 | $150.00 |
|  |  |  | STATE TAX |  |  | $0.00 |

**Comments**

WARRANTY: Please refer on reverse side. Thank you

| SUBTOTAL | $150.00 |
| FREIGHT | $0.00 |
| TAX | $0.00 |
| TOTAL AMOUNT | $150.00 |
| AMOUNT RECEIVED | $0.00 |
| BALANCE DUE | $150.00 |

RADIATOR AND BODY PARTS USA
403 KEYES ST
SAN JOSE CA 95112
TEL 408-289-1845,
Tel.: 408-289-1682
Fax: 408-289-1853



# Invoice

| Invoice # | 18921 | WALKING |
| Date | 02/21/2007 | Page    1 |

**Sold To**

NAME...
PHONE...
ADDRESS...

**Ship To**

NAME...
PHONE...
ADDRESS...

| PO # | Terms | Salesperson | Ship Via | Ship Date | F.O.B. |
|------|-------|-------------|----------|-----------|--------|
|      | C.O.D. | JAY - |  | 02/21/2007 |  |

| Item | Quantity | Unit | Description | TX | Unit Price | Amount |
|------|----------|------|-------------|-----|-----------|--------|
|  | 1.00 |  | 05 GMC |  |  |  |
| BIL-24 | 1.00 |  | BILLET GRILLE CHROME 03 04 GMC SIERRA | X | $95.00 | $95.00 |
|  |  |  | STATE TAX |  |  | $0.00 |

**Comments**

WARRANTY: Please refer on reverse side. Thank you

| SUBTOTAL | $95.00 |
| FREIGHT | $0.00 |
| TAX | $0.00 |
| TOTAL AMOUNT | $95.00 |
| AMOUNT RECEIVED | $0.00 |
| BALANCE DUE | $95.00 |

LEVAN GROUPS INC. SJ                     SALES ORDER

                                                                    SJS

143 E. VIRGINIA ST, SAN JOSE, CA 95112                  W 585358
PHONE:(408) 293-1375 FAX:(408) 293-1381
(800) 498-2496  E-MAIL:LEVAN06@YAHOO.COM        DATE:    02/22/07
        ORDER ON THE WEB: HOURS MON-FRI 9-6 SAT 9-3     TIME:    14:59:18
                                                        TERMS:   C.O.D

SOLD TO: 4082977840           SHIP TO:          CUSTOMER:
SALVADOR'S AUTO REPAIR                          SALES PERSON:MIKE
696 KINGS ROW #90                               ROUTE:
SAN JOSE, CA 95112                              P.O.#:
PHONE(408)297-7840 PH(408)966-6742              REPAIR ORDER:
FAX:        CEL                                 STOCK #:
                                                RESALE #:  SRGH97669906
NOTES:        PAID $522.00

                CASH $522.00

                    28                          U0   062006

| ITEM #<br>PART # | QUANT<br>ORDER | DESCRIPTION<br>VENDOR NUMBERS | YEAR/MAKE | MODEL | YEARS | LIST<br>PRICE | YOUR<br>COST | EXT |
|---|---|---|---|---|---|---|---|---|
| INHD13005 | 1 | HOOD | 99-99 INFINITI | I30 96-99 | 96-99 | 444.00 | 160.00 | 160.00 |
| INLP13002A1- | 1<br>0/2<br>1/1 | HEAD LAMP ASSY RH [DEPO] | 99-99 INFINITI | I30 96-99 | 98-99 | 344.00 | 124.00 | 124.00 |
| INLP13003A1- | 1<br>0/1 | HEAD LAMP ASSY LH [DEPO] | 99-99 INFINITI | I30 96-99 | 98-99 | 344.00 | 124.00 | 124.00 |
| GL | 1 | PERF. 4937 AC CONDENSER | 99-99 INFIN | I30 9 | - | 314.00 | 114.00 | 114.00 |

DELIVERY TO CEFERINO*******************

330 N AUTUMN , SAN JOSE , CA********

*RETURN AFTER 2 WEEKS- 20% RESTOCK*
 **WE DON NOT TAKE BACK PART W/O
ORIGINAL COVER OR PART BEEN PAINTED

| SUB TOTAL | 28.00 %DIS | 8.25 %TAX | LABOR | SHIP | TOTAL | AMT PAID | BAL |
|---|---|---|---|---|---|---|---|
| 1446.00 | 924.00 | 0.00 | 0.00 | 0.00 | 522.00 | 522.00 | 0.00 |

CUSTOMER COPY    SIGNATURE:_____  PAID BY:CH#_____  CC___CA___ATM___NET30___

# ADESA IMPACT

6700 STEVENSON BLVD, FREMONT, CA 94538 510-668-1665          GQJ82
FEDERAL I.D. NO.: 35-2123607

# BILL OF SALE

| SELLER | BUYER |
|--------|-------|
| State Farm Mut Auto Ins<br>2590 North First Street<br>Suite 200<br>San Jose CA 95131 | GUARANTEED BEST AUT S110   DMV# 023657<br>300 MOWRY AVE<br>SAN JOSE   CA 94536<br>(510) 943-8661 |

| YEAR | MAKE | MODEL | VIN # | COLOR | DATE |
|------|------|-------|-------|-------|------|
| 1999 | INFINITI | I30-V6 | JNKCA21A5XT757092 | BROWN | 02/19/07 |

| | | | |
|---|---|---|---|
| STOCK NO. GQJ82 | ROW: 177   YARD: 19 | SALE PRICE: | 1,500.00 |
| FILE NO.: 055362514 | | BUYER FEE: | 245.00 |
| INSURED'S NAME D. KIM | | DELIVERY FEE: | .00 |
| CLAIMANT: | | LOADING FEE: | |
| D.O.L.: 01/09/07 | | OTHER: | .00 |
| TITLE STATE: CA-SALV SAL | | TOTAL AMOUNT DUE: | 1,745.00 |
| TYPE OF LOSS: COLL | | AMOUNT RECEIVED: | |
| ARRIVAL DATE: 01/22/07 | | BALANCE DUE: | |
| OPEN BID DATE: 00/00/00 | | DATE PAID: 2-20-07   INIT RH | |
| | | CHECK NO: | |
| ***Certified Check Only*** | | CERT. CHECK REQ.: Y | |

This vehicle is sold with no warranty or guarantees and is in need of repairs. Vehicle towed from ADESA property.

Deliver Vehicle to: _____

_____

ADESA Driver: _____   Date: _____   Time: _____

Received Per Inventory: _____   Date: _____   Time: _____

Flat Bed: _____   Regular X   1_____

## PLEASE MAKE ALL CHECKS PAYABLE TO ADESA IMPACT

PURCHASE AGREEMENT: THIS VEHICLE IS PURCHASED FOR RESALE IN THE FORM OF TANGIBLE PERSONAL PROPERTY IN THE REGULAR COURSE OF BUSINESS AND IS THE SORT USUALLY PURCHASED BY THE BUYER FOR RESALE. IN THE EVENT THAT THE PROPERTY IS USED FOR ANY OTHER PURPOSE OTHER THAN FOR RESALE, BUYER WILL PAY DIRECT TO THE PROPER TAXING AUTHORITIES, SUCH SALE OR USE TAX AS MAY THEN BE ACCRUED AND BECOME PAYABLE. THE BUYER FURTHER CERTIFIES THAT HE HOLDS A RETAIL SALES TAX REGISTRATION CERTIFICATE, LICENSE OR OTHER PERMIT ISSUED BY THE SALES TAX AUTHORITY OF THE STATE AND COUNTY BEARING NO. .............
GQJ82   JNKCA21A5XT757092

ODOMETER READING   ►   95059

## ODOMETER DISCLOSURE STATEMENT:

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE OF THE VEHICLE DESCRIBED ABOVE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I state the above odometer reading, to the best of my knowledge, reflects the actual mileage of the vehicle described above, unless one of the following statements is checked:

☐ I hereby certify that to the best of my knowledge the above disclosed odometer reading EXCEEDS mechanical limits.

☐ I hereby certify that to the best of my knowledge the above disclosed odometer reading is "not the actual mileage" warning odometer discrepancy.

_R R_                    02/19/07
Transferer (Seller's Agent) Signature          Date

R. Rutherford

_Manuel C_
Transferee (Buyer's Signature)          Date

_____
Print Name
BUYER

```
Date 11/20/02                    COPART                    Lot#  8433192
Time 12:41:05             Sales Receipt/Bill of Sale
                    THIS MOTOR VEHICLE IS NOT GUARANTEED
-----------------------------------------------------------------------
Seller ALLIED GROUP              Buyer MIGUEL A. VELA              84824
       13895 LLAGAS AVE                401 BROADWAY ST
       SAN MARTIN, CA 95046            GILROY, CA 95020


Phone# (408) 683-9393            Phone# (408) 710-1237
-----------------------------------------------------------------------
Vehicle 89 TOYT CAMRY LE SILVR   Vin# JT2VV22E0K0069813
   Sale 11/19/02     #  214      Yard  6 SAN JOSE
-----------------------------------------------------------------------
Charges and Payments:

  1 11/19/02 SALE PRICE                800.00
  2 11/19/02 BUYER FEE                 125.00
  3 11/19/02 GATE                       20.00
  4 11/20/02 BUYER PAYMENT             945.00-

            NET DUE                      .00
```

```
-----------------------------------------------------------------------
                                 * RECEIPT VALID THROUGH
                                        11/21/02

RELEASED BY: _____  DATE _____

RELEASED TO: _____
```

```
DATE: 11/20/02                 COPART               NO.      51597088
TIME: 12:41:04               R E C E I P T                   MCMONTES

          RECEIVED AT YARD   6, SAN JOSE

          THE SUM OF: $     1,890.00

          FROM: 084824 MIGUEL A. VELA
```

```
Lot#:  8433192      ODOMETER DISCLOSURE STATEMENT      Lic#: CA 2NCU476
```
------------------------------------------------------------------------
Federal law requires that you state the mileage upon transfer of ownership.
Failure to complete or providing a false statement may result in fines
and/or imprisonment.
------------------------------------------------------------------------
```
Yr: 89  Make: TOYT  Model: CAMRY LE   Body: SEDAN 4D VIN#: JT2VV22E0K0069813
```
------------------------------------------------------------------------

As a duly authorized agent for the seller of the vehicle described above, I
state that the odometer of the vehicle now reads EXEMPT and to
the best of my knowledge that it reflects the actual mileage of the vehicle
unless one of the following statements is checked:

( ) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.

( ) I hereby certify that the odometer reading is NOT the actual mileage.
    WARNING — Odometer Discrepancy

------------------------------------------------------------------------
```
Sale Date: 11/19/02            |    Sale Yard:  6 SAN JOSE
```
------------------------------------------------------------------------
SELLER Name/Address:           |    BUYER Name/Address:
                                                              84824
    ALLIED GROUP              |        MIGUEL A. VELA
    13895 LLAGAS AVE          |        401 BROADWAY ST
    SAN MARTIN, CA 95046      |        GILROY, CA 95020

    (408)683-9393            |        (408)710-1237

_M. Mntes_____       _____
Signature of Seller or Sellers Agent   Signature of Buyer or Buyers Agent

_M. Mntes____ 11/20/02___      _____
Print Signators Name   DATE    Print Signators Name     DATE

```
Date  8/21/02                    COPART                    Lot#  5649212
Time  8:39:15           Sales Receipt/Bill of Sale
                    THIS MOTOR VEHICLE IS NOT GUARANTEED
-------------------------------------------------------------------------
Seller WORKMEN'S AUTO INSURANCE CO   Buyer MIGUEL A. VELA              84824
          13895 LLAGAS AVE                  401 BROADWAY ST
          SAN MARTIN, CA 95046              GILROY, CA 95020


Phone# (408) 683-9393            Phone# (408) 710-1237
-------------------------------------------------------------------------
Vehicle 95 HOND ACCORD LX BLACK     Vin# 1HGCE6646SA027553
  Sale  8/20/02     #  157          Yard  6 SAN JOSE
-------------------------------------------------------------------------
Charges and Payments:

  1  8/20/02 SALE PRICE              2,200.00
  2  8/20/02 BUYER FEE                 225.00
  3  8/20/02 GATE                       20.00
  4  8/21/02 BUYER PAYMENT           2,445.00-

                 NET DUE                  .00
```

```
                                       * RECEIPT VALID THROUGH
                                            8/22/02

RELEASED BY: _____   DATE _____

RELEASED TO: _____
```

Lot#:  5649242      ODOMETER DISCLOSURE STATEMENT     Lic#: CA 4GLK234

---

Federal law requires that you state the mileage upon transfer of ownership.
Failure to complete or providing a false statement may result in fines
and/or imprisonment.

---

Yr: 95  Make: HOND  Model: ACCORD LX  Body: SEDAN 4D VIN#: 1HGCE6646SA027553

---

As a duly authorized agent for the seller of the vehicle described above, I
state that the odometer of the vehicle now reads  98802 (no tenths) and to
the best of my knowledge that it reflects the actual mileage of the vehicle
unless one of the following statements is checked:

( ) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.

( ) I hereby certify that the odometer reading is NOT the actual mileage.
    WARNING — Odometer Discrepancy

---

Sale Date:  8/20/02                    Sale Yard:  6 SAN JOSE

---

SELLER Name/Address:                   BUYER Name/Address:
                                                                    84824

  WORKMEN'S AUTO INSURANCE CO            MIGUEL A. VELA
  13895 LLAGAS AVE                       401 BROADWAY ST
  SAN MARTIN, CA 95046                   GILROY, CA 95020

    (408)683-9393                          (408)710-1237


_____      _____
Signature of Seller or Sellers Agent  Signature of Buyer or Buyers Agent

_____      _____
Print Signators Name      DATE        Print Signators Name      DATE

DATE:   8/21/02                         COPART                          NO.      47892077
TIME:   8:39:15                      R E C E I P T                               RCPOCHOP

        RECEIVED AT YARD    6, SAN JOSE

        THE SUM OF: $    2,800.00

        FROM: 084824 MIGUEL A. VELA

```
Date  6/27/01                    COPART                   Lot#  3566411
Time 10:11:04          Sales Receipt/Bill of Sale                 /
                 THIS MOTOR VEHICLE IS NOT GUARANTEED
-------------------------------------------------------------------------
Seller MERCURY CASUALTY COMPANY      Buyer ALFA AUTO DETAIL        54206
       13895 LLAGAS AVE                    903 COMMERCIAL ST
       SAN MARTIN, CA 95046                SAN JOSE, CA 95112


Phone# (408) 683-9393              Phone# (408) 505-9908
-------------------------------------------------------------------------
Vehicle 91 NISS SENTRA RED          Vin# 1N4EB31B5MC716548
  Sale  6/26/01     #  127          Yard   6 SAN JOSE
-------------------------------------------------------------------------
Charges and Payments:

   1  6/26/01 SALE PRICE              700.00
   2  6/26/01 BUYER FEE               100.00
   3  6/26/01 GATE                     20.00
   4  6/27/01 BUYER PAYMENT           820.00-

                   NET DUE               .00
```

```
                                     * RECEIPT VALID THROUGH
                                            6/29/01

RELEASED BY: _____      DATE _____

RELEASED TO: _____
```

ot#:  3566411         ODOMETER DISCLOSURE STATEMENT      Lic#: CA 3UUE460

---

ederal law requires that you state the mileage upon transfer of ownership.
ailure to complete or providing a false statement may result in fines
nd/or imprisonment.

---

r: 91  Make: NISS  Model: SENTRA     Body: SEDAN 4D VIN#: 1N4EB31B5MC716548

---

s a duly authorized agent for the seller of the vehicle described above, I
tate that the odometer of the vehicle now reads EXEMPT and to
he best of my knowledge that it reflects the actual mileage of the vehicle
nless one of the following statements is checked:

) I hereby certify that to the best of my knowledge the odometer reading
   reflects the amount of mileage in excess of its mechanical limits.

) I hereby certify that the odometer reading is NOT the actual mileage.
   WARNING — Odometer Discrepancy

---

ELLER Name/Address:                 BUYER Name/Address:
                                                                 54206

   MERCURY CASUALTY COMPANY             ALFA AUTO DETAIL
   13895 LLAGAS AVE                     903 COMMERCIAL ST
   SAN MARTIN, CA 95046                 SAN JOSE, CA 95112

   (408)683-9393                        (408)505-9908

---

ignature of Seller or Sellers Agent  Signature of Buyer or Buyers Agent

---

rint Signators Name       DATE      Print Signators Name       DATE

```
DATE:  6/27/01                        COPART                    NO.     32149883
TIME: 10:11:03                      R E C E I P T                       RCPOCHOP

        RECEIVED AT YARD   6, SAN JOSE

         THE SUM OF: $       820.00

        FROM: 054206 ALFA AUTO DETAIL
```

```
Date  8/22/01                    COPART                      Lot#  5350691
Time 10:44:56              Sales Receipt/Bill of Sale
                     THIS MOTOR VEHICLE IS NOT GUARANTEED
-------------------------------------------------------------------------
Seller GMAC INSURANCE COMPANIES        Buyer MIGUEL A. VELA              84824
       13895 LLAGAS AVE                      401 BROADWAY ST
       SAN MARTIN, CA 95046                  GILROY, CA 95020


Phone# (408) 683-9393                  Phone# (408) 842-4943

Vehicle 97 PONT GRAND AM S GREEN       Vin# 1G2NE52T5VM535647
  Sale  8/21/01      #  173            Yard   6 SAN JOSE
-------------------------------------------------------------------------
Charges and Payments:

  1  8/21/01 SALE PRICE                      950.00
  2  8/21/01 BUYER FEE                       120.00
  3  8/21/01 GATE                             20.00
  4  8/22/01 BUYER PAYMENT                 1,090.00-

              NET DUE                          .00
```

3745

```
-------------------------------------------------------------------------
                                        * RECEIPT VALID THROUGH
                                             8/23/01

RELEASED BY: _____   DATE _____

RELEASED TO: _____

-------------------------------------------------------------------------
```

```
DATE:  8/22/01                      COPART                    NO.      34070911
TIME: 10:44:55                  R E C E I P T                          RMFLORES

            RECEIVED AT YARD   6, SAN JOSE

            THE SUM OF: $    1,090.00

            FROM: 084824 MIGUEL A. VELA
```

```
Date  7/26/02                     COPART                        Lot#  1821352
Time  8:27:47              Sales Receipt/Bill of Sale
                       THIS MOTOR VEHICLE IS NOT GUARANTEED
--------------------------------------------------------------------------------
Seller FARMERS INSURANCE GROUP      Buyer MIGUEL A. VELA                  84824
       13895 LLAGAS AVE                   401 BROADWAY ST
       SAN MARTIN, CA 95046               GILROY, CA 95020


Phone# (408) 683-9393               Phone# (408) 710-1237
--------------------------------------------------------------------------------
Vehicle 96 FORD THUNDERBIR BLUE         Vin# 1FALP62W8TH167019
  Sale  7/23/02      #   28              Yard   6 SAN JOSE
--------------------------------------------------------------------------------
Charges and Payments:

    1   7/23/02  SALE PRICE              1,250.00
    2   7/23/02  BUYER FEE                 165.00
    3   7/23/02  GATE                       20.00
    4   7/26/02  STORAGE                    20.00   FROM 07/26/02 - 07/26/02
    5   7/26/02  LATE PAYMENT               50.00
    6   7/26/02  BUYER PAYMENT           1,505.00-

                  NET DUE                     .00
```

                                        * RECEIPT VALID THROUGH
                                                 7/26/02

RELEASED BY: _____   DATE _____

RELEASED TO: _____

Lot#:  1821352          ODOMETER DISCLOSURE STATEMENT          Lic#: CA 3RVJ752

---

Federal law requires that you state the mileage upon transfer of ownership.
Failure to complete or providing a false statement may result in fines
and/or imprisonment.

---

Yr: 96  Make: FORD  Model: THUNDERBIR  Body: SEDAN 2  VIN#: 1FALP62W8TH167019

---

As a duly authorized agent for the seller of the vehicle described above, I
state that the odometer of the vehicle now reads __70040 (no tenths) and to
the best of my knowledge that it reflects the actual mileage of the vehicle
unless one of the following statements is checked:

( )  I hereby certify that to the best of my knowledge the odometer reading
     reflects the amount of mileage in excess of its mechanical limits.

( )  I hereby certify that the odometer reading is NOT the actual mileage.
     WARNING – Odometer Discrepancy

---

Sale Date:  7/23/02                    Sale Yard:   6 SAN JOSE

---

SELLER Name/Address:                   BUYER Name/Address:              84824

   FARMERS INSURANCE GROUP                MIGUEL A. VELA
   13895 LLAGAS AVE                       401 BROADWAY ST
   SAN MARTIN, CA 95046                   GILROY, CA 95020

     (408)683-9393                          (408)710-1237

_____          _____
Signature of Seller or Sellers Agent   Signature of Buyer or Buyers Agent

_____          _____
Print Signators Name        DATE       Print Signators Name        DATE

```
DATE:  7/26/02                    COPART                      NO.    46910572
TIME:  8:27:44                R E C E I P T                          RCPOCHOP
```

RECEIVED AT YARD   6, SAN JOSE

THE SUM OF: $    1,505.00

FROM: 084824 MIGUEL A. VELA

Cofre
Bene panel

Radiator

Fender

Luces

```
Date  8/22/01                    COPART                        Lot#  4201891
Time 10:47:26           Sales Receipt/Bill of Sale
                    THIS MOTOR VEHICLE IS NOT GUARANTEED
----------------------------------------------------------------------
Seller ALLIED GROUP            Buyer ALFA AUTO DETAIL                54206
       1 3895 LLAGAS AVE              903 COMMERCIAL ST
       SAN MARTIN, CA 95046           SAN JOSE, CA 95112


Phone# ( 408) 683-9393         Phone# (408) 505-9908
----------------------------------------------------------------------
Vehicle 93 BUIC SKYLARK CU GRAY     Vin# 1G4NV54N2PC265680
  Sale  8/21/01      #  248         Yard   6 SAN JOSE
----------------------------------------------------------------------
Charges and Payments:

   1  8/21/01  SALE PRICE              1,000.00
   2  8/21/01  BUYER FEE                 120.00
   3  8/21/01  GATE                       20.00
   4  8/22/01  BUYER PAYMENT           1,140.00-

                  NET DUE                   .00
```

                                          * RECEIPT VALID THROUGH
                                                  8/23/01

RELEASED BY: _____   DATE _____

RELEASED TO: _____

```
DATE:  8/22/01                      COPART                    NO.    34070999
TIME: 10:47:25                   R E C E I P T                       RMFLORES


          RECEIVED AT YARD   6, SAN JOSE

          THE SUM OF: $   1,140.00

          FROM: 054206 ALFA AUTO DETAIL
```

Date  9/27/01                          COPART                          Lot# 6554101
Time 15:35:54                  Sales Receipt/Bill of Sale
                         THIS MOTOR VEHICLE IS NOT GUARANTEED

---

Seller CALIFORNIA STATE AUTO ASN       Buyer MIGUEL A. VELA                    84924
       13855 LLAGAS AVE                      401 BROADWAY ST
       SAN MARTIN, CA 95046                  GILROY, CA 95020

Phone# (408) 683-9393             Phone# (408) 842-4943

---

Vehicle 98 CHEV LUMINA/LS WHITE       Vin# 2G1WL52M5W9232700
  Sale  9/25/01      #  21            Yard   6 SAN JOSE

Charges and Payments:

    1  9/25/01  SALE PRICE              3,500.00
    2  9/25/01  BUYER FEE                 225.00
    3  9/25/01  GATE                      20.00
    4  9/27/01  BUYER PAYMENT           3,745.00--

                    NET DUE                  .00

---

                                      * RECEIPT VALID THROUGH
                                             9/27/01

RELEASED BY: _____    DATE _____

RELEASED TO: _____._____

---

```
DATE:  9/27/01                    COPAPT                    NO.    35380209
TIME: 15:23:34              R E C E I P T                          RCPOCHOP
```

RECEIVED AT YARD   6, SAN JOSE

THE SUM OF: $   3,745.00

FROM: 084824 MIGUEL A.VELA

```
Date  5/16/01                    COPART                    Lot#    753901
Time 10:01:36            Sales Receipt/Bill of Sale
                     THIS MOTOR VEHICLE IS NOT GUARANTEED
-------------------------------------------------------------------------
Seller HARTFORD INSURANCE          Buyer CARROCERIA Y PINTURA MICK'S   26139
       13895 LLAGAS AVE                  1879 SUMATRA AVE
       SAN MARTIN, CA 95046              SAN JOSE, CA 95122

Phone# (408) 683-9393              Phone# (408) 254-3951
-------------------------------------------------------------------------
Vehicle 90 CHEV LUMINA EUR GRAY        Vin# 2G1WN54T6L1197044
   Sale  5/15/01      #   132          Yard  6 SAN JOSE
-------------------------------------------------------------------------
Charges and Payments:

   1   5/15/01  SALE PRICE                600.00
   2   5/15/01  BUYER FEE                  85.00
   3   5/15/01  GATE                       20.00
   4   5/16/01  BUYER PAYMENT             705.00-

                  NET DUE                    .00
```

```
                                     * RECEIPT VALID THROUGH
                                            5/17/01

RELEASED BY: _____     DATE _____

RELEASED TO: _____
```

ATE:   5/16/01
IME: 10:01:35

COPART
R E C E I P T

NO.      30769534
RMFLORES

RECEIVED AT YARD   6, SAN JOSE

THE SUM OF: $    2,435.00

FROM: 026139 CARROCERIA Y PINTURA MICK'S

```
Date 10/31/05                    COPART                        Lot# 1026296
Time 14:44:19              Sales Receipt/Bill of Sale
                   THIS MOTOR VEHICLE IS NOT GUARANTEED   Fed Tax: 942867490
----------------------------------------------------------------------------
Seller CALIFORNIA STATE AUTO ASN    Buyer ESPINOZA AUTO GLASS            10559
       1964 SABRE STREET                  223 SAN JOSE AVE
       HAYWARD, CA 94545                  SAN JOSE, CA 95125-1009


Phone# (510) 783-6511               Phone# (408) 472-4742
----------------------------------------------------------------------------
Vehicle 98 TOYT SIENNA LE/ BLUE     Vin# 4T3ZF13C2WU053840
  Sale 10/27/05      #    36         Yard   3 CA - HAYWARD
----------------------------------------------------------------------------
Charges and Payments:

  1 10/27/05 SALE PRICE               4,050.00
  2 10/27/05 BUYER FEE                  250.00
  3 10/27/05 VIRTUAL BID FEE            35.00
  4 10/27/05 GATE                       30.00
  5 10/31/05 BUYER PAYMENT            4,365.00-

              NET DUE (USD)               .00
```

```
                                          * RECEIPT VALID THROUG


                                            11/02/05

RELEASED BY: _____    DATE _____

RELEASED TO: _____

RUNS AND DRIVES
```

```
Date  7/29/05                    COPART                    Lot#  6429995
Time 10:21:28          Sales Receipt/Bill of Sale
                  THIS MOTOR VEHICLE IS NOT GUARANTEED   Fed Tax: 942867490
-----------------------------------------------------------------------------
Seller CALIFORNIA STATE AUTO ASN     Buyer ESPINOZA AUTO GLASS          105593
       1964 SABRE STREET                   223 SAN JOSE AVE
       HAYWARD, CA 94545                   SAN JOSE, CA 95125-1009


Phone# (510) 783-6511          Phone# (408) 472-4742
-----------------------------------------------------------------------------
Vehicle 99 HOND CIVIC LX BLUE        Vin# 2HGEJ6672XH582152
   Sale 7/28/05      #  207          Yard  3 HAYWARD
-----------------------------------------------------------------------------
Charges and Payments

   1  7/28/05 SALE PRICE               3,950.00
   2  7/28/05 BUYER FEE                  250.00
   3  7/28/05 VIRTUAL BID FEE             35.00
   4  7/28/05 GATE                        30.00
   5  7/29/05 BUYER PAYMENT            4,265.00-

              NET DUE                      .00
```

```
-----------------------------------------------------------------------------

                                           * RECEIPT VALID THROUGH

                                                   8/03/05

RELEASED BY: _____   DATE _____

RELEASED TO: _____

ENHANCED
```

Date  8/22/02                        COPART                        Lot#  5874772
Time  9:09:32              Sales Receipt/Bill of Sale
                    THIS MOTOR VEHICLE IS NOT GUARANTEED
--------------------------------------------------------------------------------

Seller COAST NATIONAL INSURANCE CO   Buyer MIGUEL A. VELA              84824
       13895 LLAGAS AVE                     401 BROADWAY ST
       SAN MARTIN, CA 95046                 GILROY, CA 95020


Phone# (408) 683-9393              Phone# (408) 710-1237
--------------------------------------------------------------------------------
Vehicle 91 TOYT SHORT BED BURG       Vin# JT4RN81A0M0070506
  Sale  8/20/02     #  252           Yard   6 SAN JOSE
--------------------------------------------------------------------------------
Charges and Payments:

   1   8/20/02  SALE PRICE                 1,700.00
   2   8/20/02  BUYER FEE                    205.00
   3   8/20/02  GATE                          20.00
   4   8/22/02  BUYER PAYMENT              1,925.00-

               NET DUE                          .00


--------------------------------------------------------------------------------

                                    * RECEIPT VALID THROUGH
                                          8/22/02

RELEASED BY: _____   DATE _____

RELEASED TO: _____

--------------------------------------------------------------------------------

Lot#:  5874772        ODOMETER DISCLOSURE STATEMENT      Lic#: CA 6A20020

Federal law requires that you state the mileage upon transfer of ownership.
Failure to complete or providing a false statement may result in fines
and/or imprisonment.

Yr: 91   Make: TOYT   Model: SHORT BED   Body: PICKUP    VIN#: JT4RN81A0M0070506

As a duly authorized agent for the seller of the vehicle described above, I
state that the odometer of the vehicle now reads EXEMPT and to
the best of my knowledge that it reflects the actual mileage of the vehicle
unless one of the following statements is checked:

(  ) I hereby certify that to the best of my knowledge the odometer reading
     reflects the amount of mileage in excess of its mechanical limits.

(  ) I hereby certify that the odometer reading is NOT the actual mileage.
     WARNING – Odometer Discrepancy

Sale Date:  8/20/02                    Sale Yard:    6 SAN JOSE

SELLER Name/Address:               BUYER Name/Address:
                                                                 84824
    COAST NATIONAL INSURANCE CO         MIGUEL A. VELA
    13895 LLAGAS AVE                    401 BROADWAY ST
    SAN MARTIN, CA 95046                GILROY, CA 95020

    (408)683-9393                       (408)710-1237

_____    _____
Signature of Seller or Sellers Agent   Signature of Buyer or Buyers Agent

_____ 8-22-02      RAMON GARCIA 08-22-02
Print Signators Name        DATE      Print Signators Name        DATE

DATE:  6/22/02                    COPART                    NO.     47948058
TIME:  9:09:32                 R E C E I P T                      LGVASQUEZ

          RECEIVED AT YARD   6, SAN JOSE

          THE SUM OF: $     1,925.00

          FROM: 084824 MIGUEL A. VELA

```
Date  6/15/06              COPART                    Lot# 5086726
Time 11:20:41        Sales Receipt/Bill of Sale
                  THIS MOTOR VEHICLE IS NOT GUARANTEED   Fed Tax: 942867490
---------------------------------------------------------------------------
Seller STATE FARM MUTUAL AUTO INS CO Buyer AVILAS BODY SHOP        245995
       13895 LLAGAS AVE                 330 N AUTUMN ST
       SAN MARTIN, CA 95046             SAN JOSE, CA 95110


Phone# (408) 683-9393              Phone# (408) 726-7828


Vehicle 98 HOND ACCORD LX PURPL      Vin# 1HGCG1641WA005401
  Sale  6/13/06    # 567            Yard   6 CA - SAN JOSE

Charges and Payments:

   1  6/13/06 SALE PRICE              3,300.00
   2  6/13/06 BUYER FEE                 250.00
   3  6/13/06 VIRTUAL BID FEE            35.00
   4  6/13/06 GATE                       30.00
   5  6/15/06 BUYER PAYMENT           3,615.00-

            NET DUE (USD)                  .00
```

```
                                     * RECEIPT VALID THROUGH


                                           6/19/06

RELEASED BY: _____    DATE _____

RELEASED TO: _____

STARTS
```

Date  5/24/06                          COPART                           Lot#  2655066
Time 11:14:33               Sales Receipt/Bill of Sale
                     THIS MOTOR VEHICLE IS NOT GUARANTEED    Fed Tax: 942867490
---------------------------------------------------------------------------------
Seller HARTFORD INSURANCE              Buyer AVILAS BODY SHOP                245995
       13895 LLAGAS AVE                      330 N AUTUMN ST
       SAN MARTIN, CA 95046                  SAN JOSE, CA 95110


Phone# (408) 683-9393                  Phone# (408) 726-7828

---------------------------------------------------------------------------------
Vehicle 96 MERZ C280 GRAY              Vin# WDBHA28EXTF359190
  Sale  5/23/06    #  517              Yard  6 CA - SAN JOSE
---------------------------------------------------------------------------------
Charges and Payments:

   1  5/23/06 SALE PRICE                    3,800.00
   2  5/23/06 BUYER FEE                       250.00
   3  5/23/06 VIRTUAL BID FEE                  35.00
   4  5/23/06 GATE                            30.00
   5  5/24/06 BUYER PAYMENT                4,115.00-

              NET DUE (USD)                     .00


                                            * RECEIPT VALID THROUGH

                                                5/30/06

RELEASED BY: _____        DATE _____

RELEASED TO: _____

ENHANCED

```
Lot#:  1904153      ODOMETER DISCLOSURE STATEMENT      Lic#: CA 2UIA985
```
---------------------------------------------------------------------
Federal law requires that you state the mileage upon transfer of ownership.
Failure to complete or providing a false statement may result in fines
and/or imprisonment.
---------------------------------------------------------------------
Yr: 91  Make: HOND  Model: ACCORD LX/ Body: SEDAN 4D VIN#: JHMCB7659MC043743
---------------------------------------------------------------------

As a duly authorized agent for the seller of the vehicle described above, I
state that the odometer of the vehicle now reads EXEMPT and to
the best of my knowledge that it reflects the actual mileage of the vehicle
unless one of the following statements is checked:

( )  I hereby certify that to the best of my knowledge the odometer reading
     reflects the amount of mileage in excess of its mechanical limits.

( )  I hereby certify that the odometer reading is NOT the actual mileage.
     WARNING — Odometer Discrepancy

---------------------------------------------------------------------
Sale Date:  3/18/03                    Sale Yard:   6 SAN JOSE
---------------------------------------------------------------------
SELLER Name/Address:            BUYER Name/Address:
                                                          106001
   LIBERTY MUTUAL INSURANCE CO      LOPEZ AUTO GLASS
   13895 LLAGAS AVE                 223 SAN JOSE AVE.
   SAN MARTIN, CA 95046             SAN JOSE, CA 95111

   (408)683-9393                    (408)667-3290

_____     _____
Signature of Seller or Sellers Agent   Signature of Buyer or Buyers Agent

_____     _____
Print Signators Name      DATE     Print Signators Name       DATE

N H 5 3 8

848 1802

COPART

| | | |
|---|---|---|
| Date 3/19/03 | Sales Receipt/Bill of Sale | |
| Time 9:12:25 | THIS MOTOR VEHICLE IS NOT GUARANTEED | |

Lot# 1 06001

Seller LIBERTY MUTUAL INSURANCE CO     Buyer LOPEZ AUTO GLASS
13895 LLAGAS AVE                              223 SAN JOSE AVE.
SAN MARTIN, CA 95046                          SAN JOSE, CA 95111

Phone# (408) 667-3290

Phone# (408) 683-9393

Vehicle 91 HOND ACCORD LX/ WHITE       Vin# JHMCB7659MC043743
   Sale 3/18/03      #  108            Yard   6 SAN JOSE

Charges and Payments:

| | | | |
|---|---|---|---|
| 1 | 3/18/03 SALE PRICE | 700.00 |
| 2 | 3/18/03 BUYER FEE | 105.00 |
| 3 | 3/18/03 GATE | 20.00 |
| 4 | 3/19/03 BUYER PAYMENT | 825.00- |

NET DUE                .00

* RECEIPT VALID THROU

3/20/03

DATE _____

RELEASED BY: _____

RELEASED TO: _____

Date  2/13/02                        COPART                        Lot# 9574241
Time 11:58:53            Sales Receipt/Bill of Sale
                    THIS MOTOR VEHICLE IS NOT GUARANTEED

Seller CALIFORNIA STATE AUTO ASN      Buyer MIGUEL A. VELA                  84824
       13895 LLAGAS AVE                      401 BROADWAY ST
       SAN MARTIN, CA 95046                  GILROY, CA 95020

Phone# (408) 683-9393                 Phone# (408) 842-4943

Vehicle 98 FORD WINDSTAR W GRAY       Vin# 2FMZA51U0WBD75232
  Sale  2/12/02       # 234           Yard  6 SAN JOSE

Charges and Payments:

   1  2/12/02 SALE PRICE              3,300.00
   2  2/12/02 BUYER FEE                 200.00
   3  2/12/02 GATE                       20.00
   4  2/13/02 BUYER PAYMENT           3,520.00-

                NET DUE                    .00




                                      * RECEIPT VALID THROUGH
                                             2/14/02

RELEASED BY: _____  DATE _____

RELEASED TO: _____

```
DATE:  2/13/02                        COPART                          NO.   18551795
TIME: 11:50:33                     R E C E I P T                            RCPOCHOP


            RECEIVED AT YARD   6, SAN JOSE

            THE SUM OF: $    3,520.00

            FROM: 064824 MIGUEL A.VELA
```

```
Date  3/13/02                    COPART                        Lot#  1664582
Time  8:40:41            Sales Receipt/Bill of Sale
                    THIS MOTOR VEHICLE IS NOT GUARANTEED
-------------------------------------------------------------------------------
Seller STATE FARM INSURANCE        Buyer MIGUEL A. VELA                  84824
       13895 LLAGAS AVE                  401 BROADWAY ST
       SAN MARTIN, CA 95046              GILROY, CA 95020


Phone# (408) 683-9393              Phone# (408) 842-4943
-------------------------------------------------------------------------------
Vehicle 92 TOYT COROLLA LE WHITE    Vin# 1NXAE97A8NZ361139
   Sale 3/12/02     #  43           Yard  6 SAN JOSE
-------------------------------------------------------------------------------
Charges and Payments:

    1  3/12/02 SALE PRICE                525.00
    2  3/12/02 BUYER FEE                  85.00
    3  3/12/02 GATE                       20.00
    4  3/13/02 BUYER PAYMENT             630.00-

                    NET DUE                .00
```

```
-------------------------------------------------------------------------------
                                         * RECEIPT VALID THROUGH
                                              3/14/02

RELEASED BY: _____    DATE _____

RELEASED TO: _____


-------------------------------------------------------------------------------
```

DATE:  3/13/02                          COPART                        NO.    41778550
TIME:  8:40:41                      R E C E I P T                             RCPOCHOP

          RECEIVED AT YARD   6, SAN JOSE

          THE SUM OF: $      630.00

          FROM: 084824 MIGUEL A.VELA

0833491

```
Date 11/29/01              COPART                    Lot# 8209011
Time  9:11:48       Sales Receipt/Bill of Sale
              THIS MOTOR VEHICLE IS NOT GUARANTEED
-------------------------------------------------------------------
Seller CSAA                     Buyer MIGUEL A.VELA              84824
       13895 LLAGAS AVE               401 BROADWAY ST
       SAN MARTIN, CA 95046           GILROY, CA 95020


Phone# (408) 683-9393           Phone# (408) 842-4943
-------------------------------------------------------------------
Vehicle 96 FORD THUNDERBIR GREEN    Vin# 1FALP6247TH160822
   Sale 11/27/01     #   20         Yard   6 SAN JOSE
-------------------------------------------------------------------
Charges and Payments:

   1 11/27/01 SALE PRICE      97 Ford exp  1,350.00
   2 11/27/01 BUYER FEE                      140.00
   3 11/27/01 GATE                            20.00
   4 11/29/01 BUYER PAYMENT              1,510.00-

                    NET DUE                     .00
```

```
-------------------------------------------------------------------
                                   * RECEIPT VALID THROUGH
                                         11/29/01

RELEASED BY: _____   DATE _____

RELEASED TO: _____


-------------------------------------------------------------------
```

```
DATE: 11/29/01                    COPART                    NO.    37644814
TIME:  9:11:48                  R E C E I P T                    LGVASQUEZ

          RECEIVED AT YARD   6, SAN JOSE

          THE SUM OF: $    1,510.00

          FROM: 084824 MIGUEL A. VELA
```

```
Date   5/30/02                      COPART                      Lot#  3748112
Time   9:42:24               Sales Receipt/Bill of Sale
                       THIS MOTOR VEHICLE IS NOT GUARANTEED
```
-------------------------------------------------------------------------------
```
Seller CA NON-PROFIT CTR LIVING&LEARNBuyer  MIGUEL A. VELA                84824
           13895 LLAGAS AVE                  401 BROADWAY ST
           SAN MARTIN, CA 95046              GILROY, CA 95020


Phone# (408) 683-9393            Phone# (408) 710-1237
```
-------------------------------------------------------------------------------
```
Vehicle 86 FORD THUNDERBIR GRAY      Vin# 1FABP46W2GH231202
   Sale  5/28/02     #   14          Yard   6 SAN JOSE
```
-------------------------------------------------------------------------------
```
Charges and Payments:

   1  5/28/02 SALE PRICE               75.00
   2  5/28/02 BUYER FEE                20.00
   3  5/28/02 GATE                     20.00
   4  5/30/02 BUYER PAYMENT           115.00-

              NET DUE                    .00
```
-------------------------------------------------------------------------------
```
                                               * RECEIPT VALID THROUGH
                                                       5/30/02

RELEASED BY: _____   DATE _____

RELEASED TO: _____
```
-------------------------------------------------------------------------------

```
Lot#:  3748112      ODOMETER DISCLOSURE STATEMENT    Lic#: CA 1RZM352
```

Federal law requires that you state the mileage upon transfer of ownership.
Failure to complete or providing a false statement may result in fines
and/or imprisonment.

```
Yr: 86  Make: FORD  Model: THUNDERBIR Body: SEDAN 2  VIN#: 1FABP46W2GH231202
```

As a duly authorized agent for the seller of the vehicle described above, I
state that the odometer of the vehicle now reads EXEMPT and to
the best of my knowledge that it reflects the actual mileage of the vehicle
unless one of the following statements is checked:

( ) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.

( ) I hereby certify that the odometer reading is NOT the actual mileage.
    WARNING — Odometer Discrepancy

Sale Date:  5/28/02                    Sale Yard:   6 SAN JOSE

SELLER Name/Address:               BUYER Name/Address:
                                                                84824
    CA NON-PROFIT CTR LIVING&LEARN     MIGUEL A. VELA
    13895 LLAGAS AVE                   401 BROADWAY ST
    SAN MARTIN, CA 95046               GILROY, CA 95020

    (408) 683-9393                     (408) 710-1237

_____       _____
Signature of Seller or Sellers Agent   Signature of Buyer or Buyers Agent

_____       _____
Print Signators Name      DATE     Print Signators Name      DATE

Lot#:   3496852          ODOMETER DISCLOSURE STATEMENT          Lic#: CA 2MDY225

Federal law requires that you state the mileage upon transfer of ownership.
Failure to complete or providing a false statement may result in fines
and/or imprisonment.

Yr: 89   Make: TOYT   Model: CAMRY DELU  Body: SEDAN 4D  VIN#: JT2SV21J2K0016211

As a duly authorized agent for the seller of the vehicle described above, I
state that the odometer of the vehicle now reads EXEMPT and to
the best of my knowledge that it reflects the actual mileage of the vehicle
unless one of the following statements is checked:

( )  I hereby certify that to the best of my knowledge the odometer reading
     reflects the amount of mileage in excess of its mechanical limits.

( )  I hereby certify that the odometer reading is NOT the actual mileage.
     WARNING - Odometer Discrepancy

Sale Date:  5/28/02                    Sale Yard:   6 SAN JOSE

SELLER Name/Address:                   BUYER Name/Address:
                                                                          84824

     STATE FARM INSURANCE                  MIGUEL A. VELA
     13895 LLAGAS AVE                      401 BROADWAY ST
     SAN MARTIN, CA 95046                  GILROY, CA 95020

     (408)683-9393                         (408)710-1237

Signature of Seller or Sellers Agent   Signature of Buyer or Buyers Agent

Print Signators Name    DATE           Print Signators Name      DATE

```
Date  2/20/02                    COPART                    Lot#    592632
Time 10:07:43              Sales Receipt/Bill of Sale
                      THIS MOTOR VEHICLE IS NOT GUARANTEED
```
-----------------------------------------------------------------------------------
```
Seller FARMERS INSURANCE GROUP       Buyer MIGUEL A. VELA                  84824
       13895 LLAGAS AVE                     401 BROADWAY ST
       SAN MARTIN, CA 95046                 GILROY, CA 95020


Phone# (408) 683-9393                Phone# (408) 842-4943
```
-----------------------------------------------------------------------------------
```
Vehicle 95 FORD THUNDERBIR GOLD      Vin# 1FALP62W8SH104128
  Sale 2/19/02      #  191           Yard  6 SAN JOSE
```
-----------------------------------------------------------------------------------
```
Charges and Payments:

  1  2/19/02 SALE PRICE              1,350.00
  2  2/19/02 BUYER FEE                 165.00
  3  2/19/02 GATE                      20.00
  4  2/20/02 BUYER PAYMENT          1,535.00-

              NET DUE                    .00
```

-----------------------------------------------------------------------------------
```
                                        * RECEIPT VALID THROUGH
                                              2/21/02

RELEASED BY: _____    DATE _____

RELEASED TO: _____
```
-----------------------------------------------------------------------------------

```
DATE:  2/20/02                    COPART              NO.    40915774
TIME: 10:07:42                 R E C E I P T                 EGOMEZ
```

RECEIVED AT YARD   6, SAN JOSE

THE SUM OF: $     3,560.00

FROM: 084824 MIGUEL A. VELA

ate  5/16/01                          COPART                       Lot#  1761971
ime 10:01:37                  Sales Receipt/Bill of Sale
                    THIS MOTOR VEHICLE IS NOT GUARANTEED

---

eller HARTFORD INSURANCE           Buyer CARROCERIA Y PINTURA MICK'S    26139
      13895 LLAGAS AVE                   1879 SUMATRA AVE
      SAN MARTIN, CA 95046               SAN JOSE, CA 95122


hone# (408) 683-9393               Phone# (408) 254-3951

---

ehicle 96 FORD CONTOUR GL BLACK    Vin# 1FALP6533TK185657
   Sale  5/15/01     #  138        Yard   6 SAN JOSE

---

harges and Payments:

  1  5/15/01 SALE PRICE                1,550.00
  2  5/15/01 BUYER FEE                   160.00
  3  5/15/01 GATE                         20.00
  4  5/16/01 BUYER PAYMENT             1,730.00-

              NET DUE                      .00

---

                                   * RECEIPT VALID THROUGH
                                        5/17/01

ELEASED BY: _____   DATE _____

ELEASED TO: _____

---

Lot#:  1761971         ODOMETER DISCLOSURE STATEMENT         Lic#: CA 3TAR500

Federal law requires that you state the mileage upon transfer of ownership.
Failure to complete or providing a false statement may result in fines
and/or imprisonment.

Yr: 96  Make: FORD  Model: CONTOUR GL Body: SEDAN 4D VIN#: 1FALP6533TK185657

As a duly authorized agent for the seller of the vehicle described above, I
state that the odometer of the vehicle now reads  36000 (no tenths) and to
the best of my knowledge that it reflects the actual mileage of the vehicle
unless one of the following statements is checked:

( ) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.

( ) I hereby certify that the odometer reading is NOT the actual mileage.
    WARNING – Odometer Discrepancy

SELLER Name/Address:              BUYER Name/Address:
                                                              26139
   HARTFORD INSURANCE               CARROCERIA Y PINTURA MICK'S
   13895 LLAGAS AVE                 1879 SUMATRA AVE
   SAN MARTIN, CA 95046             SAN JOSE, CA 95122

   (408)683-9393                    (408)254-3951
_____  _____
Signature of Seller or Sellers Agent  Signature of Buyer or Buyers Agent


_____  _____
Print Signators Name      DATE     Print Signators Name      DATE

Date  1/23/02                          COPART                          Lot# 9170021
Time  3:40:19                  Sales Receipt/Bill of Sale
                        THIS MOTOR VEHICLE IS NOT GUARANTEED

Seller CALIFORNIA STATE AUTO ASN  |  Buyer MIGUEL A. VELA                  84824
       13895 LLAGAS AVE           |        401 BROADWAY ST
       SAN MARTIN, CA 95046       |        GILROY, CA 95020

Phone# (408) 683-9393                 Phone# (408) 842-4943

Vehicle 89 TOYT EXTRA LONG SILVR      Vin# JT4NV93D4K0003836
  Sale  1/22/02     #  296            Yard   6 SAN JOSE

Charges and Payments:

    1  1/22/02 SALE PRICE              2,200.00
    2  1/22/02 BUYER FEE                 170.00
    3  1/22/02 GATE                       20.00
    4  1/23/02 BUYER PAYMENT           2,390.00-

               NET DUE                      .00

                                        * RECEIPT VALID THROUGH
                                             1/24/02

RELEASED BY: _____    DATE _____

RELEASED TO: _____

```
Date   5/30/02                      COPART
Time   9:42:24              Sales Receipt/Bill of Sale
                    THIS MOTOR VEHICLE IS NOT GUARANTEED
```
--------------------------------------------------------------------------

```
Seller STATE FARM INSURANCE          Buyer MIGUEL A. VELA
       13895 LLAGAS AVE                     401 BROADWAY ST
       SAN MARTIN, CA 95046                 GILROY, CA 95020


Phone# (408) 683-9393                Phone# (408) 710-1237
```
--------------------------------------------------------------------------

```
Vehicle 89 TOYT CAMRY DELU BLUE      Vin# JT2SV21J2K0016211
  Sale  5/28/02     #   49           Yard   6 SAN JOSE
```
--------------------------------------------------------------------------

Charges and Payments:

```
    1   5/28/02 SALE PRICE               725.00
    2   5/28/02 BUYER FEE                105.00
    3   5/28/02 GATE                      20.00
    4   5/30/02 BUYER PAYMENT            850.00-

                      NET DUE              .00
```

--------------------------------------------------------------------------

```
                                      * RECEIPT VALID THROUGH
                                            5/30/02

RELEASED BY: _____    DATE _____

RELEASED TO: _____
```

--------------------------------------------------------------------------

```
DATE:   5/30/02                COPART                NO.     44725169
TIME:   9:42:23              R E C E I P T                   LGVASQUEZ


        RECEIVED AT YARD    6, SAN JOSE

        THE SUM OF: $        965.00

        FROM: 084824 MIGUEL A. VELA
```

```
Date  1/30/02                          COPART                          Lot#  961054
Time  9:33:30              Sales Receipt/Bill of Sale
                        THIS MOTOR VEHICLE IS NOT GUARANTEED
----------------------------------------------------------------------------------
Seller STATE FARM INSURANCE                                                  8482
       13895 LLAGAS AVE.              Buyer MIGUEL A. VELA
       SAN MARTIN, CA 95046                401 BROADWAY ST
                                           GILROY, CA 95020

Phone# (408) 683-9393            Phone# (408) 842-4943
----------------------------------------------------------------------------------
Vehicle 92 FORD TEMPO GL BEIGE        Vin# 1FAPP36U8NK165608
  Sale  1/29/02      #   19            Yard  6 SAN JOSE
----------------------------------------------------------------------------------
Charges and Payments:

   1   1/29/02  SALE PRICE                      575.00
   2   1/29/02  BUYER FEE                        85.00
   3   1/29/02  GATE                             20.00
   4   1/30/02  BUYER PAYMENT                   680.00-

                       NET DUE                     .00
```

                                              * RECEIPT VALID THROUGH
                                                    1/31/02

RELEASED BY: _____
                                          DATE _____
RELEASED TO: _____

```
Date  1/30/02                    COPART                    Lot#  8271121
Time  9:33:30            Sales Receipt/Bill of Sale
                    THIS MOTOR VEHICLE IS NOT GUARANTEED
------------------------------------------------------------------------
Seller TRAVELERS PROPERTY & CASUALTY Buyer MIGUEL A. VELA              84824
       13895 LLAGAS AVE                  401 BROADWAY ST
       SAN MARTIN, CA 95046              GILROY, CA 95020


Phone# (408) 683-9393            Phone# (408) 842-4943
------------------------------------------------------------------------
Vehicle 98 FORD CONTOUR/GL BLUE      Vin# 1FAFP6534WK273893
  Sale  1/29/02      #  185           Yard   6 SAN JOSE
------------------------------------------------------------------------
Charges and Payments:

   1   1/29/02  SALE PRICE               750.00
   2   1/29/02  BUYER FEE                100.00
   3   1/29/02  GATE                      20.00
   4   1/30/02  BUYER PAYMENT            870.00-

                    NET DUE                .00
```

```
------------------------------------------------------------------------
                                        * RECEIPT VALID THROUGH
                                            1/31/02

RELEASED BY: _____   DATE _____

RELEASED TO: _____



------------------------------------------------------------------------
```

I am a duly authorized agent for the seller of the vehicle described above, who states that the odometer of the vehicle now reads _____ (no tenths) miles to the best of my knowledge that it reflects the actual mileage of the vehicle described above the if the following statements is checked:

( ) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

( ) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - Odometer Discrepancy

Seller Name/Address:                          Buyer Name/Address:

SIGNATURE OF Seller or Sellers Agent     Signature of Buyer or Buyers Agent

Print Signature Name          DATE         Print Signature Name          DATE

_Jesús Chavez_

```
Date  5/30/01                    COPART                    Lot#  1366191
Time 11:46:36            Sales Receipt/Bill of Sale
                     THIS MOTOR VEHICLE IS NOT GUARANTEED
--------------------------------------------------------------------------
Seller USAA - WESTERN REGION       Buyer CARROCERIA Y PINTURA MICK'S   26139
       13895 LLAGAS AVE                  1879 SUMATRA AVE
       SAN MARTIN, CA 95046              SAN JOSE, CA 95122


Phone# (408) 683-9393              Phone# (408) 254-3951
--------------------------------------------------------------------------
Vehicle 97 FORD CONTOUR/GL GREEN   Vin# 3FALP6531VM111942
   Sale  5/29/01     #  226        Yard   6 SAN JOSE
--------------------------------------------------------------------------
Charges and Payments:

   1   5/29/01 SALE PRICE               1,500.00
   2   5/29/01 BUYER FEE                  160.00
   3   5/29/01 GATE                        20.00
   4   5/30/01 BUYER PAYMENT           1,680.00-

              NET DUE                       .00
```

```
                                      * RECEIPT VALID THROUGH
                                              5/31/01

RELEASED BY: _____    DATE _____

RELEASED TO: _____
```

```
Lot#:  1366191      ODOMETER DISCLOSURE STATEMENT      Lic#: MD HBY872
```

Federal law requires that you state the mileage upon transfer of ownership.
Failure to complete or providing a false statement may result in fines
and/or imprisonment.

Yr: 97  Make: FORD   Model: CONTOUR/GL Body: SEDAN 4D VIN#: 3FALP6531VM111942

As a duly authorized agent for the seller of the vehicle described above, I
state that the odometer of the vehicle now reads   47777 (no tenths) and to
the best of my knowledge that it reflects the actual mileage of the vehicle
unless one of the following statements is checked:

( ) I hereby certify that to the best of my knowledge the odometer reading
    reflects the amount of mileage in excess of its mechanical limits.

( ) I hereby certify that the odometer reading is NOT the actual mileage.
    WARNING — Odometer Discrepancy

SELLER Name/Address:              BUYER Name/Address:
                                                            26139
    USAA — WESTERN REGION             CARROCERIA Y PINTURA MICK'S
    13895 LLAGAS AVE                  1879 SUMATRA AVE
    SAN MARTIN, CA 95046              SAN JOSE, CA 95122

    (408)683-9393                     (408)254-3951

Signature of Seller or Sellers Agent   Signature of Buyer or Buyers Agent


Print Signators Name     DATE      Print Signators Name     DATE

```
:TE:  5/30/01                      COPART                    NO.    31206434
IME:  11:46:35                 R E C E I P T                        RMFLORES

             RECEIVED AT YARD    6, SAN JOSE

             THE SUM OF: $    1,680.00

             FROM: 026139 CARROCERIA Y PINTURA MICK'S
```

ORIGINAL INVOICE REQUIRED FOR ALL RETURNS. NO RETURNS ON ELECTRICAL PARTS, OR SPECIAL ORDERS.

**(408) 327-1000**    **IntexAP.com**    1432 Old Bayshore Hwy.
**#1 in San Jose**                                    1691 Villa Stone Dr.

ALL RETURNS MUST BE IN ORIGINAL BOX AND IN RESELLABLE CONDITION. ALL REFUNDS ON PURCHASES PAID BY CHECK REQUIRE
A TEN BANKING DAY WAITING PERIOD. NO REFUNDS ON FREIGHT. RETURN CHECKS SUBJECT TO A $20.00 HANDLING FEE PER CHECK.

1432 OLD BAYSHORE HIGHWAY                                   SAN JOSE CA 95112



**CUSTOMER**

MARCO SALPZAR *COD*          CUST# 4084017290      CONTACT:
20000 MONTEREY RD                                  INVOICE # 2-73045-4
W/C                          W/C  PH# 408-401-7290 CODES: 453   130346
MORGAN HILL, CA 95037        *** CHARGE ***        DATE: 11/20/07   PAGE: 1

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | CORE | LIST EACH | YOUR COST | EXTENSION | AISLE |
|---|---|---|---|---|---|---|---|---|
| | | 97 FORD TRUCK F150 PICKUP V8-281 | 4.6L | SOHC | | | | |
| 1 | | RED 398343 | HTR CORE | | 93.81 | 51.59 | 51.59 | 81 |
| | | 95 NISSAN-DATSUN | TRUCK QUEST MINIVAN V6-2960 | 3.0L | SOHC | | | |
| 1 | | DEA A2855 | DEA MOUNT | | 60.00 | 26.40 | 26.40 | 33M5 |
| 1 | | DEA A2857 | DEA MOUNT | | 84.38 | 37.13 | 37.13 | 33M5 |
| | | -WILL | | | | | | |
| 3 | | 0.00 | 0.00 | | 238.19 | 0.00 | 115.12 | 9.50 |

| TOTAL UNITS | FREIGHT | LABOR | MISC. | CORE-TOTAL | LIST TOTAL | NON-TAXABLE | TAXABLE | TOTAL TAX |

ALL WARRANTY CLAIMS LIMITED TO PARTS ONLY – **NO LABOR CLAIMS.**
RETURNS AFTER EIGHT (8) DAYS WILL BE CHARGED A 10% RESTOCKING
CHARGE, 20% AFTER 15 DAYS, AND 50% AFTER 60 DAYS. THIS EXCLUDES
CORES AND WARRANTY RETURNS.

RECEIVED
BY:  X

**PAY THIS AMOUNT**  124.62    *Thank You!*

---

**Pacific AUTO PARTS**

JAPANESE • DOMESTIC • IMPORTS • AMERICAN

1777 South Tenth Street • San Jose, CA 95112 • Fax (408) 293-6579

**We Buy Cars for Cash**

**(408) 293-6767**

NO CASH REFUND - NO EXCEPTION
NO WARRANTY IN ELECTRIC PARTS

**NO LABOR WARRANTY**

All claims and returned goods must be accompanied by this bill.
FINANCE CHARGE IS COMPUTED by a "Periodic Rate"
of 1 ½ per month which is an ANNUAL RATE of 18%.

LIMITED WARRANTY: ☐ 60 DAY  ☐ 30 DAY  ☐ OTHER
IMPORTANT: Parts sold "AS IS" if above is NOT filled out. On ALL sales seller is
NOT responsible for any Consequential or Incidental Damages or Loss.

DEPOSITS ARE NOT REFUNDABLE AND ARE GOOD
FOR TEN (10) DAYS.
RECEIVED BY:

CORE SALE

☐ CASH  ☐ CHECK

| | | | |
|---|---|---|---|
| YEAR | | | |
| MAKE | | | |
| SOLD BY | | | |
| CASH | | | |
| C.O.D. | | | |
| CHARGE | | | |
| ON ACCT. | | | |
| MDSE.RET'D | | | |
| PAID OUT | | | |
| CREDIT ADJ. | | | |

P.O. NO.
NAME
ADDRESS
CITY                STATE
PHONE
DATE

N° 6574

SUB TOTAL
TAX
TOTAL
DEPOSIT AMOUNT
BALANCE DUE

*Thank You*

*Your liability for this vehicle may not be released if you submit illegible or incomplete information.*

PRINT YOUR CHARACTERS IN CAPITAL LETTERS USING BLACK OR BLUE INK–READ INSTRUCTIONS ON REVERSE SIDE.

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |

DMV MICROGRAPHICS COPY

### NOTICE OF RELEASE OF LIABILITY
*MAIL THIS FORM TO DMV*

A. BUYER'S TRUE FULL NAME *(LAST)*
`ALEGANDRA`

*(FIRST)*
`AMbRiS`

*(MIDDLE)*   B. IF DEALER, CHECK BELOW

C. BUYER'S ADDRESS
`35 NT FREMONT St`

D. ODOMETER READING
`70,000`

E. CITY
`SAN MATEO`
STATE `CA`
ZIP CODE `94401`-

F. DATE OF SALE
MO `08` DAY `27` YR `01`

G. SELLER'S TRUE FULL NAME *(LAST)*
`CAbRERRA`

*(FIRST)*
`MANVEL`

*(MIDDLE)*

H. SELLER'S ADDRESS
`1440 Mowry Av Ap #122`

I. SELLING PRICE
`2800 00`

J. CITY
`FREMONT`
STATE `CA`
ZIP CODE `94538`-

K. SELLER'S SIGNATURE
X *Manvel Cabrera*

VEHICLE ID NUMBER
`1P3ES47C4WD596691`

YR MODEL `1998` MAKE `PLYM`

PLATE NUMBER
`4MQW070`

REG. 138A (REV. 11/97)

DO NOT DETACH UNTIL SOLD