UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> $75,511 IN UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant(s). ) <br>_____) | No.  C 07-6353 BZ <br><br> **ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The request in paragraph 14 to continue the case management conference for 4-6 months is **DENIED**. The conference will proceed as scheduled.

Dated:   September 2, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\USA V. $75,511 IN US CURRENCY\ORDER DENYING REQUEST TO CONTINUE CMC.wpd

1