**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Time: 4:00P.M.

Date: **9/8/08**

**C - 07-6253 BZ**

  **USA**   v  **$75,511 In United States Currency**

Attorneys:   Pltf.: David Countryman   Deft.: Austin Thomson

Deputy Clerk: **Simone Voltz**     Reporter:  **Off the record 4:05-4:12**

**PROCEEDINGS:**                                      **RULING:**

1.  Initial Case Management Conference                     Held
2.  _____    _____

( ) Status Conference     ( ) P/T Conference     ( X ) Case Management Conference

**ORDERED AFTER HEARING:**
_____

( x ) ORDER TO BE PREPARED BY:   Pltnf_____  Deft_____  Court_x__

( ) Referred to Magistrate Judge For:

( ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____  Expert Discovery Cut-Off_____

Plntf to Name Experts by _____  Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_6/15/09  Set for __2_ days
                    Type of Trial:  ( ) Jury   ( x )Court
Notes: Parties should begin ADR/Mediation process; The parties will be notified by notice or order should the court decide on a Magistrate Judge for Settlement of the case,