UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff(s), <br><br> v. <br><br> $75,511 IN UNITED STATES CURRENCY, <br><br> Defendant(s). | No.  C 07-6353 BZ <br><br> **SCHEDULING ORDER** |

In light of the parties' stipulation to extend the last date to hear summary judgment motions, **IT IS HEREBY ORDERED** as follows:

1.  If plaintiff intends to file a summary judgment motion, it shall do so by **March 18, 2009.**

2.  Claimant's opposition is due **April 1, 2009.** If claimant intends to file a cross motion for summary judgment, he shall do so at that time.

3.  If claimant files a cross motion, plaintiff's opposition, as well as its reply to claimant's opposition, is due **April 15, 2009.**

4.  If plaintiff does not file a cross motion,

1

1 | plaintiff's reply is due **April 8, 2009**.

2 |     5. If plaintiff files a cross motion, its reply to
3 | defendant's opposition is due **April 22, 2009**.

4 |     6. A hearing on any summary judgment motion is scheduled
5 | for **May 20, 2009 at 10:00 a.m.,** in Courtroom G, 15th Floor,
6 | Federal Building, 450 Golden Gate Avenue, San Francisco,
7 | California 94102.

8 |     7. This schedule requires that the trial schedule be
9 | vacated. Accordingly the trial presently scheduled to begin
10 | June 15, 2009 is **continued** to the week of **July 20, 2009**. The
11 | pretrial conference is continued to **July 7, 2009 at 4:00 p.m.**
12 | Dated:   February 10, 2009

                          Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\USA V. $75,511 IN US CURRENCY\SCHEDULING ORDER.wpd