1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CSBN 226995)
   Assistant United States Attorney
5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
7  Telephone: (415) 436-7303
   Fax:       (415) 436-7234
8  E-mail: david.countryman@usdoj.gov

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12              SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,      )   No. C 07-06353 BZ
                                    )
15 |         Plaintiff,             )
                                    )   **SETTLEMENT AGREEMENT**
16 |    v.                          )
                                    )
17 | $75,511 IN UNITED STATES       )
   | CURRENCY,                      )
18 |                                )
   |         Defendant.             )
19 |_____)

20

21    The parties stipulate and agree as follows:

22    1. Plaintiff is the United States of America ("United States"). Defendant is approximately

23 $75,511 in United States Currency ("defendant currency"). The United States filed a complaint

24 on December 14, 2007. After proper notification and publication was given, the only person who

25 filed an answer in this action is claimant Manuel Cabrera. As a result, only claimant Cabrera has

26 a right to defend defendant property. The United States and claimant Cabrera are hereafter

27 referred to as the "parties" in this document which is hereinafter referred to as the "Settlement

28 Agreement" or "Agreement."

1    2.   The parties agree that the resolution of the lawsuit is based solely on the terms stated in
this Settlement Agreement.  It is expressly understood that this Agreement has been freely and
voluntarily entered into by the parties.  The parties further agree that there are no express or
implied terms or conditions of settlement, whether oral or written, other than those set forth in
this Agreement.  This Agreement shall not be modified or supplemented except in writing signed
by the parties.  The parties have entered into this Agreement in lieu of continued protracted
litigation and District Court adjudication.

3.   The parties further agree that this Settlement Agreement does not constitute precedent on
any legal issue for any purpose whatsoever, including all administrative proceedings and any
lawsuits.

4.   This settlement is a compromise over disputed issues and does not constitute any
admission of wrongdoing or liability by any party.

5.   The parties have agreed that the United States will return $15,000.00 (plus all
interest accrued on that amount) of the defendant currency to Cabrera.  The return of
$15,000.00 shall be in full settlement and satisfaction of any and all claims by Cabrera,
his heirs, representatives and assignees to the defendant currency.  Cabrera, his heirs,
representatives and assignees, shall hold harmless the United States, any and all agents, officers,
representatives and employees of same, including all federal, state and local enforcement
officers, for any and all acts directly or indirectly related to the seizure of defendant currency and
the facts alleged in the Complaint for Forfeiture filed on or about December 14, 2007.

6.   Cabrera agrees that sufficient evidence exists to establish forfeiture of the remainder
of the defendant currency ($60,511.00 plus all interest accrued on that amount),
pursuant to Title 21, United States Code, Section 881(a)(6), and consents to the forfeiture of the
remainder of the defendant currency to the United States without further notice to him.  Cabrera
further relinquishes all right, title and interest in the remainder of the defendant currency, and
agrees that said property shall be forfeited to the United States and disposed of according to law
by the United States.

7.   The United States and Claimant agree that each party shall pay its own attorneys'

1. fees and costs.

2. 8. Based on the foregoing Settlement Agreement between the United States, claimant Cabrera, the Parties agree that, subject to the Court's approval, this action be and hereby is DISMISSED and that the proposed JUDGMENT OF FORFEITURE which is submitted with this Settlement Agreement be entered.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 24, 2009

_____
DAVID COUNTRYMAN
Assistant United States Attorney

Dated: February 24, 2009

_____
AUSTIN THOMPSON
Attorney for Claimant Manuel Cabrera

Dated: February 24, 2009

Manuel Cabrera
_____
MANUEL CABRERA
Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 24th DAY OF February, 2009.

_____
HONORABLE BERNARD ZIMMERMAN
United States District Judge

SETTLEMENT AGREEMENT
C 07-06353 BZ

Interpreter/translator of document
A. Zawadzki
Federally Certified

3