JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:  415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-6353 BZ |
|     Plaintiff, | |
| v. | JUDGMENT OF FORFEITURE |
| APPROXIMATELY $75,511 in U.S. CURRENCY, | |
|     Defendant. | |

UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good cause shown, it is by the Court on this  24  day of  February , 2009,

ORDERED, ADJUDGED AND DECREED that $60,511 of defendant $75,511 be, and hereby is, FORFEITED to the United States for disposition by the Attorney General in accordance with law; and it is FURTHER ORDERED that the instant case be, and hereby is, DISMISSED.

                                                HONORABLE BERNARD ZIMMERMAN
                                                United States District Judge